

THE SILVER LINING™

February 7, 2020

GREG GEERDES & MARY MURPHY
[redacted]
IOWA CITY IA 52240

Claim No.: AK95973
Insured: MARY MURPHY AND GREGG GEERDES
Date of Loss: 09/13/2019

Mr. Geerdes and Ms. Murphy:

Attached is the entire policy.

Sincerely,

MALLORY GOECKS, AIC, CPCU, AAI, ARe, API
Sr. Claims Representative/ew
(262) 365-2524 or (800) 236-5010 Extension 2524
Fax: (262) 335-7000
mgoecks@wbmi.com

Enclosure

WB-1271 (03-17)

**AFFIDAVIT**

Ellen Williams, being first duly sworn on oath, deposes and says: That she is a duly authorized custodian of the records of West Bend Mutual Insurance Company and she has the authority to certify those records.

Based upon my review of policy records, the policy attached to this affidavit is a true copy of the Home and Highway policy, bearing policy # HHI 6626154 04 as that policy was in effect on 9/13/2019.

Ellen Williams

Subscribed and sworn to before me
This 7th day of February, 2020.

Notary Public, Washington County, WI
My Commission expires 6/11/2021

LINDA HAUTALA NOTARY PUBLIC STATE OF WISCONSIN

LINDA HAUTALA NOTARY PUBLIC STATE OF WISCONSIN



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Home and Highway Policy**
Premium ( mary

**Policy Number**
HHI 6626154-04

**Coverage Period**
09/28/2018 to 09/28/2019
12:01 a.m. Standard Time on Policy Effective Date

Coverage is Provided by
West Bend Mutual Insurance Company

---

**Named Insured and Address**
GREGG GEERDES
& MARY MURPHY
[redacted]
IOWA CITY, IA 52240

**Agency** 1465768 01
A W WELT AMBRISCO INSURANCE
24 WESTSIDE DRIVE
IOWA CITY, IA 52246
319-887-3700

*We will provide the insurance described in this policy, if you pay the premium and follow the policy provisions.*

**Premium Summary by Coverage Form**

| | | |
|---|---|---|
| Automobile | $ | 2,984 |
| Homeowners | | 1,522 |
| Dwelling Property | | 1,762 |
| Personal Umbrella Coverage | | 863 |
| **Total Home & Highway Policy Premium** | $ | 7,131 |

*Please refer to your Premium Invoice for amount due.*

08/27/2019 500

COVS1 02 09



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

The following Forms are made part of your policy:

| Form Number | Description of Form |
|---|---|
| WB2177 01/17 | MEMBERSHIP AND VOTING RIGHTS NOTICE |
| WB22460 11/08 | CLAIM FREE AWARD |
| WB1491 11/12 | NOTICE OF PAYMENT PLAN OPTIONS |
| WB249 10/98 | COORDINATION OF DEDUCTIBLE CLAUSE |
| WB1188 06/01 | WEST BEND PRIVACY STATEMENT |
| WB2337 11/09 | IMPORTANT NOTICE OF VALUATION METHODS-ACV SETTLEMENTS |
| WB2233 07/10 | EXTRAORDINARY LIFE CIRCUMSTANCES |
| WB877BB 03/18 | CONSUMER REPORT DISCLOSURE NOTICE |

COVS2 02 09

WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Home and Highway Policy**
Automobile Declarations

**Policy Number**
HHI 6626154-04 **RENEWAL**

Coverage is Provided by
West Bend Mutual Insurance Company

**Coverage Period**
09/28/2018 to 09/28/2019
12:01 a.m. Standard Time on Policy Effective Date

---

**Named Insured and Address**
GREGG GEERDES
& MARY MURPHY
[redacted]
IOWA CITY, IA 52240

**Agency** 1465768 01
A W WELT AMBRISCO INSURANCE
24 WESTSIDE DRIVE
IOWA CITY, IA 52246
319-887-3700

**Reason for Issuance:** RENEWAL DECLARATION
(IMPORTANT-INSERT WITH ORIGINAL POLICY)

---

Vehicle Section

| Vehicle | Year | Make-Description | Serial Number |
|---|---|---|---|
| 1 | 2009 | FORD EXPEDITION |  |
| 2 | 2012 | FORD F-150 | |
| 3 | 2008 | SUBA FORESTER | |

---

Automobile Page 1

08/24/2018 WFS

HHADEC 02 09



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

## Coverage Section

*Insurance is provided where a premium is shown for coverage.*

| Coverages | Limits | Premiums 1 09 FORD | 2 12 FORD | 3 08 SUBA |
|---|---|---|---|---|
| Single Limit Liability | $500,000 each Accident | $ 379 | $ 399 | $ 414 |
| Medical Payments | $10,000 each Person | $ 20 | $ 23 | $ 22 |
| Uninsured Motorist Single Limit | $500,000 each Accident | $ 11 | $ 11 | $ 11 |
| Underinsured Motorist Single Limit | $500,000 each Accident | $ 47 | $ 47 | $ 46 |
| Other Than Collision | $250 **Deductible** | $ 200 | $ 229 | $ 147 |
| Collision | $500 **Deductible** | $ 356 | $ 326 | $ 296 |
| Transportation Expenses | $30 Day/$900 Month | INCL | INCL | INCL |
| **Vehicle Premiums** | | **$ 1,013** | **$ 1,035** | **$** 936 |

**Automobile Total** ........................................... $ 2,984
(Includes all discounts)

## Discount Section

| Vehicle | Discount Description |
|---|---|
| 1 | Elite Driver |
| 3 | Preferred Driver |
| ALL | Association Plus-Attorneys |
| ALL | Multi-Car |
| ALL | Anti-Lock Brake |
| ALL | Good Student |
| ALL | Insurance Score |
| ALL | Home Ownership |

Automobile Page 2

08/24/2018 WFS

HHADEC 02 09



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

## Driver Section

| Driver | Driver Name | Principal | Occasional |
|---|---|---|---|
| 1 | GREGG GEERDES | 2 | |
| 2 | MARY MURPHY | 1 | |
| 3 | J[redacted] GEERDES | 3 | 2 |
| 4 | J[redacted] GEERDES | | 1 |
| 5 | JOHN GEERDES | | |

## Forms Section

| Vehicle | Form Number | Description of Form |
|---|---|---|
| ALL | PP0001Z 01/05 | PERSONAL AUTO COVERAGE FORM |
| ALL | PP0198Z 03/16 | AMENDMENT OF COVERAGE PROVISIONS-IA |
| ALL | WB1371Z 07/98 | IMPORTANT NOTICE REGARDING UM AND UIM COVERAGE |
| ALL | WB1394Z 03/09* | WINDSHIELD REPAIR NOTICE |
| ALL | WB1452Z 11/08 | PAYMENT FOR AFTERMARKET CRASH PARTS |
| ALL | PP0460Z 10/15 | UNINSURED MOTORIST COVERAGE-IOWA (NON STACKED) |
| ALL | PP0485Z 10/15 | UNDERINSURED MOTORIST COVERAGE-IOWA (NON STACKED) |

WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Home and Highway Policy**
Homeowners Declarations

**Policy Number**
HHI 6626154-04 **RENEWAL**

Coverage is Provided by
West Bend Mutual Insurance Company

**Coverage Period**
09/28/2018 to 09/28/2019
12:01 a.m. Standard Time on Policy Effective Date

---

**Named Insured and Address**
GREGG GEERDES
& MARY MURPHY
[redacted]
IOWA CITY, IA 52240

**Agency** 1465768 01
A W WELT AMBRISCO INSURANCE
24 WESTSIDE DRIVE
IOWA CITY, IA 52246
319-887-3700

**Reason for Issuance:** RENEWAL DECLARATION
(IMPORTANT-INSERT WITH ORIGINAL POLICY)

---

Homeowners Section

| **Home** | **Location of Residence Premises** |
|---|---|
| 1 | [redacted] IA, JOHNSON CO, RFD:IOWA CITY 52240 |

---



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Policy Number**
HHI 6626154-04

Coverage Section

**Blanket Property Limit** $1,448,000

*Insurance is provided where a premium or INCL is shown for coverage.*

| **Coverages** | **Home 1** | |
|---|---|---|
| *Section I-Property Coverage* | **Limits** | **Premium** |
| A. Dwelling | $ 579,000 | $ 1,155 |
| Wind/Hail Loss Settlement to Roof Surfacing | RC | |
| B. Other Structures | Blanket | INCL |
| C. Personal Property | Blanket | INCL |
| D. Loss of Use | Blanket | INCL |
| *Section I-Deductible* Homeowners | $1000 | |
| Wind/Hail | $1000 | |
| *Section II-Liability Coverage* | | |
| E. Personal Liability | $ 300,000 | INCL |
| F. Medical Payments to Others | $ 5,000 | INCL |
| Aggregate Sub-Limit of Liability for Fungi, Wet or Dry Rot or Bacteria | $ 50,000 | INCL |
| **Home Premiums** | | **$ 1,155** |

08/24/2018 WFS

HHHDEC 02 09



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

Coverage Section

| | | |
|---|---|---|
| Home Premiums Total | $ | 1,155 |
| Optional Coverages Total | $ | 367 |
| **Homeowners Total** | **$** | **1,522** |

(Includes all discounts and surcharges)

Homeowners Page 3

08/24/2018 WFS

HHHDEC 02 09

Exhibit 1, pg. 10



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

## Discount Section

| Home | Discount Description |
|---|---|
| ALL | Association Plus-Attorneys |
| ALL | Preferred Home |
| 1 | Insurance Score |
| ALL | Personal Umbrella |

## Surcharge Section

| Home | Surcharge Description |
|---|---|
| 1 | Replacement Cost Roof Loss Settlement |

## Mortgagee/Additional Interest Section

**Mortgagee for Home 1**

MIDWEST ONE BANK
ISAOA
PO BOX 200045
KENNESAW, GA 30156

## Forms Section

| Home | Form Number | | Description of Form |
|---|---|---|---|
| ALL | HO0003Z | 01/07 | SPECIAL COVERAGE FORM |
| ALL | HO0114Z | 07/17 | SPECIAL PROVISIONS-IA |
| ALL | HO0496Z | 10/00 | NO HOME DAY CARE NOTICE |
| ALL | WB2241 | 07/17 | PROTECTOR COVERAGE (HO0003Z) |
| ALL | HO0427Z | 07/17 | LTD FUNGI, WET/DRY ROT OR BACTERIA COV |
| ALL | WB1104 | 07/17 | GUARANTEED REPLACEMENT COST COV-COV A |
| ALL | WB659 | 09/09 | SPECIAL PERSONAL PROPERTY COV |
| ALL | WB195 | 11/12 | COSMETIC WIND & HAIL LOSS TO METAL ROOF EXCLUSION |
| ALL | AS22 | 04/09 | WATERCRAFT PACKAGE SCHEDULE |
| ALL | WB845 | 10/00 | MORTGAGE EXTRA EXPENSE COV |
| ALL | WB37 | 01/09 | IDENTITY THEFT COVERAGE |
| ALL | HO2470Z | 01/07 | ADDTL RES RENTED TO OTHERS |



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

Forms Section Continued

| Home | Form Number | Description of Form |
|---|---|---|
| ALL | HO0495Z 11/04 | WATER BACKUP & SUMP OVERFLOW |
| ALL | WB1230 07/17 | WATERCRAFT - PHYSICAL DAMAGE COVERAGE |
| ALL | WB9270 07/17 | WATERCRAFT-LIABILITY COVERAGE-IOWA |

Optional Coverage Section

| Description of Coverage | Premium |
|---|---|
| Protector Plus<br>Dwelling Number: 1 | $ 123 |
| Special Personal Property Coverage<br>Dwelling Number: 1 | $Included |
| Mortgage Extra Expense Coverage<br>Dwelling Number: 1 | $Included |
| Water Backup and Sump Overflow Coverage<br>Limit of Liability $10,000<br>Dwelling Number: 1<br>Deductible: $1,000 | $Included |
| Additional Residence Occupied by the Insured-<br>Liability Extended to<br>[redacted] | $ 19 |
| WATERCRAFT PACKAGE 1-2005 CRESTLINER SPORTSMAN SN: [redacted]<br>Refer to Form AS-22 for Watercraft Package Schedule<br>Limit of Liability: $27,000<br>Deductible: $1000<br>Agreed Value Coverage Applies | $ 165 |
| WATERCRAFT PACKAGE 1-2005 CRESTLINER SPORTSMAN SN: [redacted]<br>Refer to Form AS-22 for Watercraft Package Schedule<br>Watercraft - Liability Coverage<br>Includes Uninsured, Underinsured,<br>Fuel Spill and Wreck Removal Coverage | $ 27 |
| Additional Residence-Rented to Others(1-4 Family)<br>Number of Families: 2, Liability Extended to<br>LOCATION: 805-807 S SUMMIT, IOWA CITY, IA 52240 | $ 33 |



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Policy Number**
HHI 6626154-04

Optional Coverage Section Continued

| **Description of Coverage** | **Premium** |
| --- | --- |
| Identity Theft Expense Coverage (Protector Plus)<br>Limit of Liability $30,000 | $Included |
| **Optional Coverage Premium** .................................... | **$ 367** |

WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

WATERCRAFT PACKAGE SCHEDULE 1

POLICY NUMBER: HHI 6626154

CUSTOMER NO.: 0115529621

NAMED INSURED: GREGG GEERDES

PACKAGE VALUE: $ 27000
BOAT TYPE: OUTBOARD BOAT
DEDUCTIBLE: $1000
LENGTH OF BOAT: 18 FT

BOATING COURSE: NO
RIVER SURCHARGE: NO
AGREED VALUE: YES

| YEAR | DESCRIPTION | TYPE | HP |
|---|---|---|---|
| 2005 | CRESTLINER SPORTSMAN SN: [redacted] | BOAT | |
| 2005 | MERCURY 150L SN: [redacted] | MOTOR | 150 |
| 2005 | TRAILER TRAILER SN: [redacted] | TRLR | |

AS-22 0409

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

Exhibit 1, pg. 14

WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Home and Highway Policy**
Dwelling Property Declarations

**Policy Number**
HHI 6626154-04

Coverage is Provided by
West Bend Mutual Insurance Company

**Coverage Period**
09/28/2018 to 09/28/2019
12:01 a.m. Standard Time on Policy Effective Date

**Named Insured and Address**
GREGG GEERDES
& MARY MURPHY
[redacted]
IOWA CITY, IA 52240

**Agency** 1465768 01
A W WELT AMBRISCO INSURANCE
24 WESTSIDE DRIVE
IOWA CITY, IA 52246
319-887-3700

**Reason for Issuance:** ENDORSEMENT-EFFECTIVE 08/01/2019
CHANGE DWELLING VALUE AND FORM TYPE, ADD CONTENTS COVERAGE,
UPDATE LOCATION INFORMATION, ADD WATER BACKUP COVERAGE

*AMENDED DECLARATIONS*

This Declaration replaces any prior Declarations for this Coverage Period.

Dwelling Section

| Dwelling | The Described Location |
|---|---|
| 1 | 805-807 S SUMMIT, IOWA CITY, IA, JOHNSON CO, RFD:IOWA CITY FPSA 52240 |
| 2 | [redacted] IOWA CITY, IA, JOHNSON CO, RFD:IOWA CITY FPSA 52240 |



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

## Coverage Section

*Insurance is provided where a premium or INCL is shown for coverage.*

| **Coverages** | **Dwelling 1** | | **Dwelling 2** | |
|---|---|---|---|---|
| *Property Coverage* | **Limits** | **Premium** | **Limits** | **Premium** |
| Dwelling | $ 347,500 | $ 389 | $ 350,000 | $ 366 |
| Personal Property | $ 10,000 | $ 8 | $ 6,000 | $ 5 |
| Perils Insured Against | SPECIAL | | SPECIAL | |
| Extended Coverages | | | | |
| Dwelling | YES | $ 439 | YES | $ 369 |
| Personal Property | YES | $ 16 | YES | $ 8 |
| Vandalism & Malicious Mischief | YES | INCL | YES | INCL |
| *Property Deductible* | $ 500 | | $1000 | |
| **Dwelling Premiums** | | **$ 852** | | **$ 748** |

Dwelling Premiums Total .................................... $ 1,600

Optional Coverages Total .................................... $ 162

**Dwelling Property Total** .................................... **$ 1,762**
(Includes all discounts)

**This Endorsement Resulted in a Net Additional Premium of ......... $ 68**



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Policy Number**
HHI 6626154-04

Discount Section

| **Dwelling** | **Discount Description** |
|---|---|
| ALL | Association Plus-Attorneys |

Mortgagee/Additional Interest Section

**Mortgagee for Dwelling 1**

MIDWEST ONE BANK
PO BOX 200045
KENNESAW, GA 30156

**Mortgagee for Dwelling 2**

MIDWESTONE BANK
ISAOA
PO BOX 908
OSCEOLA, WI 54020

Forms Section

| **Dwelling** | **Form Number** | **Description of Form** |
|---|---|---|
| ALL | DP0114Z 12/10 | SPECIAL PROVISIONS-IA |
| ALL | DP0422Z 09/04 | LTD FUNGI, WET/DRY ROT OR BACTERIA COV |
| ALL | DP0003Z 12/02 | SPECIAL FORM |
| ALL | DP0495Z 07/04 | WATER BACK UP & SUMP OVERFLOW |



West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

## Optional Coverage Section

| Description of Coverage | Premium |
|---|---|
| Water Backup and Sump Overflow Coverage<br>Limit of Liability: $5,000<br>Unit: 01<br>Deductible: $500 | $ 81 |
| Water Backup and Sump Overflow Coverage<br>Limit of Liability: $5,000<br>Unit: 02<br>Deductible: $500 | $ 81 |
| **Optional Coverage Premium** ........................................ | **$ 162** |

 West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

**Home and Highway Policy**
Personal Umbrella Declarations

**Policy Number**
HHI 6626154-04 **RENEWAL**

Coverage is Provided by
West Bend Mutual Insurance Company

**Coverage Period**
09/28/2018 to 09/28/2019
12:01 a.m. Standard Time on Policy Effective Date

**Named Insured and Address**
GREGG GEERDES
& MARY MURPHY
[redacted]
IOWA CITY, IA 52240

**Agency** 1465768 01
A W WELT AMBRISCO INSURANCE
24 WESTSIDE DRIVE
IOWA CITY, IA 52246
319-887-3700

**Reason for Issuance:** RENEWAL DECLARATION
(IMPORTANT-INSERT WITH ORIGINAL POLICY)

Coverage Section

*Insurance is provided where a premium is shown for coverage.*

| **Coverage** | **Limit** |
|---|---|
| Personal Umbrella Liability | $ 2,000,000 |
| Uninsured Motorist Coverage | $ 2,000,000 |
| Underinsured Motorist Coverage | $ 2,000,000 |
| Self-Insured Retention | $250 |

**Umbrella Total** ........................................ $ 863
(Includes all discounts)

08/24/2018 WFS

HHUDEC 02 09

 West Bend Mutual Insurance Company
1900 S. 18th Avenue | West Bend, WI 53095

Policy Number
HHI 6626154-04

Discount Section

Association Plus-Attorneys

Forms Section

| Form Number | | Description of Form |
|---|---|---|
| WB2172 | 07/17 | PERSONAL UMBRELLA LIABILITY COV - IOWA AMENDMENT |
| WB2257 | 10/09 | PERSONAL UMBRELLA LIABILITY COVERAGE |
| WB2261 | 11/08 | UNINSURED/UNDERINSURED MOTORIST COV |

# HOME AND HIGHWAY DWELLING PROPERTY 3 SPECIAL COVERAGE FORM

This Coverage Form is a **legal contract** between the insured and the company. The index below provides a brief outline of some of the important features of **your** coverage form. This is not the insurance contract and only the actual coverage form provisions will apply. The coverage form itself sets forth in detail the rights and obligations of both **you** and **your** insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR COVERAGE FORM CAREFULLY.

**AGREEMENT** .......... 1

**DEFINITIONS** .......... 1

**DEDUCTIBLE** .......... 1

**COVERAGES** .......... 1
- Coverage A – Dwelling .......... 1
- Coverage B – Other Structures .......... 1
- Coverage C – Personal Property .......... 1
- Coverage D – Fair Rental Value .......... 2
- Coverage E – Additional Living Expense .......... 2
- Other Coverages .......... 3

**PERILS INSURED AGAINST** .......... 5

**GENERAL EXCLUSIONS** .......... 8

**CONDITIONS** .......... 10

# HOME AND HIGHWAY
# DWELLING PROPERTY 3 – SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this coverage form in return for the premium and compliance with all applicable provisions of this coverage form.

## DEFINITIONS

In this coverage form, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance.

## DEDUCTIBLE

Unless otherwise noted in this coverage form, the following deductible provision applies:

Subject to the coverage limits that apply, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

## COVERAGES

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

**A. Coverage A – Dwelling**

1. We cover:
   a. The dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;
   b. Materials and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structures on the Described Location; and
   c. If not otherwise covered in this coverage form, building equipment and outdoor equipment used for the service of and located on the Described Location.
2. We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

1. We cover other structures on the Described Location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.
2. We do not cover:
   a. Land, including land on which the other structures are located;
   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;
   c. Other structures used in whole or in part for commercial, manufacturing or farming purposes. However, we do cover a structure that contains commercial, manufacturing or farming property solely owned by you or a tenant of the dwelling provided that such property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure; or
   d. Gravemarkers, including mausoleums.

**C. Coverage C – Personal Property**

1. **Covered Property**

   We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. After a loss and at your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.
2. **Property Not Covered**

   We do not cover:
   a. Accounts, bank notes, bills, bullion, coins, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum other than platinumware, securities, silver other than silverware, tickets, stamps, scrip, stored value cards and smart cards;
   b. Animals, birds or fish;
   c. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

      We do cover model or hobby aircraft not used or designed to carry people or cargo;
   d. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;
   e. Motor vehicles or all other motorized land conveyances.
      (1) This includes:
         (a) Their accessories, equipment and parts; or

(b) Any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles and all other motorized land conveyances, and its accessories. Accessories include antennas, tapes, wires, records, discs or other media that can be used with any device or instrument described above.

The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the vehicle or conveyance.

(2) We do cover motor vehicles or other motorized land conveyances not required to be registered for use on public roads or property which are:

(a) Used to service the Described Location; or

(b) Designed to assist the handicapped;

f. Watercraft of all types, other than rowboats and canoes;

g. Data, including data stored in:

(1) Books of account, drawings or other paper records; or

(2) Computers and related equipment;

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

h. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds; or

i. Gravemarkers, including mausoleums.

3. **Property Removed To A Newly Acquired Principle Residence**

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage **C** limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this coverage. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this coverage form.

**D. Coverage D – Fair Rental Value**

1. If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against by this coverage form makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that do not continue while that part of the Described Location rented or held for rental is not fit to live in.

   Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

2. If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this coverage form, we cover the Fair Rental Value loss for no more than two weeks.

3. The periods of time referenced above are not limited by the expiration of this coverage form.

4. We do not cover loss or expense due to cancellation of a lease or agreement.

**E. Coverage E – Additional Living Expense**

1. If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against in this coverage form makes the Described Location unfit for its normal use, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this coverage form, we cover the Additional Living Expense loss for no more than two weeks.

3. The periods of time referenced above are not limited by the expiration of this coverage form.

4. We do not cover loss or expense due to cancellation of a lease or agreement.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**F. Other Coverages**

**1. Other Structures**

You may use up to 10% of the Coverage **A** limit of liability for loss by a Peril Insured Against to other structures described in Coverage **B.**

This coverage is additional insurance.

**2. Debris Removal**

We will pay your reasonable expense for the removal of:

a. Debris of covered property if a Peril Insured Against causes the loss; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property.

**3. Improvements, Alterations And Additions**

If you are a tenant of the Described Location, you may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

This coverage is additional insurance.

**4. World-Wide Coverage**

You may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to property covered under Coverage **C** except rowboats and canoes, while anywhere in the world.

Use of this coverage reduces the Coverage **C** limit of liability for the same loss.

**5. Rental Value And Additional Living Expense**

You may use up to 20% of the Coverage **A** limit of liability for loss of both fair rental value as described in Coverage **D** and additional living expense as described in Coverage **E.**

This coverage is additional insurance.

**6. Reasonable Repairs**

a. In the event that covered property is damaged by a Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.

b. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered by this coverage form and the damage to that property is caused by a Peril Insured Against. This coverage does not:

(1) Increase the limit of liability that applies to the covered property; or

(2) Relieve you of your duties, in case of a loss to covered property, as set forth in Condition **D.2.**

**7. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**8. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the Described Location for loss caused by the following Perils Insured Against:

a. Fire or lightning;

b. Explosion;

c. Riot or civil commotion;

d. Aircraft;

e. Vehicles not owned or operated by you or a resident of the Described Location; or

f. Vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage **A** limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

**9. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**10. Collapse**

a. With respect to this Other Coverage:

(1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

(1) The Perils Insured Against named in Coverage **C;**

(2) Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

(3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above unless the loss is a direct result of the collapse of a building or any part of a building.

d. This coverage does not increase the limit of liability that applies to the damaged covered property.

**11. Glass Or Safety Glazing Material**

a. We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

(2) On the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided for in **a.(2)** above. A dwelling being constructed is not considered vacant.

c. This coverage does not increase the limit of liability that applies to the damaged property.

**12. Ordinance Or Law**

a. The Ordinance Or Law limit of liability determined in **b.** or **c.** below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

Includes material copyrighted by ISO with its permission.

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. If you are an owner of a Described Location, and that location:

(1) Is insured for Coverage **A** or Unit-Owners Building Items, you may use up to 10% of the limit of liability that applies to Coverage **A** or Unit-Owners Building Items at each Described Location; or

(2) Is not insured for Coverage **A** or Unit-Owners Building Items, you may use up to 10% of the total limit of liability that applies to Coverage **B** at each Described Location.

c. If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations And Additions at each Described Location. Also, the words "covered building" used throughout this Other Coverage **12.** Ordinance Or Law, refer to property at such a Described Location covered under Other Coverage **3.** Improvements, Alterations And Additions.

d. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

e. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

"Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including:

(a) smoke;

(b) vapor;

(c) soot;

(d) fumes;

(e) acids;

(f) alkalis;

(g) lead;

(h) asbestos;

(i) radon;

(j) chemicals;

(k) waste, including materials to be recycled, reconditioned or reclaimed; and

(l) any other substance or material deemed or classified a pollutant or hazardous material by any governmental body or authority.

This coverage is additional insurance.

**PERILS INSURED AGAINST**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

1. We insure against risk of direct physical loss to property described in Coverages **A** and **B**.

2. We do not insure, however, for loss:

a. Excluded in General Exclusions;

b. Involving collapse, except as provided in Other Coverage **10.** Collapse; or

c. Caused by:

(1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

(a) Maintain heat in the building; or

(b) Shut off the water supply and drain all systems and appliances of water;

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

(a) Fence, pavement, patio or swimming pool;

(b) Footing, foundation, bulkhead, wall, or any other structure or device, that supports all or part of a building or other structure;

(c) Retaining wall or bulkhead that does not support all or part of a building or other structure; or

(d) Pier, wharf or dock;

(3) Theft of property not part of a covered building or structure;

(4) Theft in or to a dwelling or structure under construction;

(5) Wind, hail, ice, snow or sleet to:

(a) Outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or

(b) Trees, shrubs, plants or lawns;

(6) Vandalism and malicious mischief, theft or attempted theft if the dwelling has been vacant for more than 60 consecutive days before the loss. A dwelling being constructed is not considered vacant;

(7) Constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

(8) Any of the following:

(a) Wear and tear, marring, deterioration;

(b) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

(c) Smog, rust or other corrosion, mold, wet or dry rot;

(d) Smoke from agricultural smudging or industrial operations;

(e) Discharge, dispersal, seepage, migration release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C.**

"Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including:

(i) smoke;

(ii) vapor;

(iii) soot;

(iv) fumes;

(v) acids;

(vi) alkalis;

(vii) lead;

(viii) asbestos;

(ix) radon;

(x) chemicals;

(xi) waste, including materials to be recycled, reconditioned or reclaimed; and

(xii) any other substance or material deemed or classified a pollutant or hazardous material by any governmental body or authority.

(f) Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings; or

(g) Birds, vermin, rodents, insects or domestic animals.

**Exception To c.(8)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

(i) Storm drain, or water, steam or sewer pipe, off the Described Location; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(ii) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the Described Location. This includes the cost to tear out and replace any part of a building, or other structure, on the Described Location, but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the Described Location.

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or roof drain, gutter, down spout or similar fixtures or equipment.

General Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of ground do not apply to loss by water covered under **c.(8)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not excluded or excepted in this coverage form is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by a peril listed below unless the loss is excluded in the General Exclusions.

1. **Fire Or Lightning**
2. **Windstorm Or Hail**

   This peril does not include loss to:

   **a.** Property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

   **b.** Canoes and rowboats; or

   **c.** Trees, shrubs or plants.
3. **Explosion**
4. **Riot Or Civil Commotion**
5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.
6. **Vehicles**
7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism Or Malicious Mischief**

   This peril does not include loss by pilferage, theft, burglary or larceny.
9. **Damage By Burglars**

   **a.** This peril means damage to covered property caused by burglars.

   **b.** This peril does not include:

   **(1)** Theft of property; or

   **(2)** Damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.
10. **Falling Objects**

    This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not covered.
11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in the building.
12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

    **(1)** To the system or appliance from which the water or steam escaped;

    **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing; or

    **(3)** On the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

c. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

d. General Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing except as provided in the peril of freezing below.

**14. Freezing**

a. This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## GENERAL EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided under Other Coverage **12.** Ordinance Or Law;

b. The requirements of which result in a loss in value to property; or

c. Requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

"Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including:

(1) smoke;

(2) vapor;

(3) soot;

(4) fumes;

(5) acids;

(6) alkalis;

(7) lead;

(8) asbestos;

(9) radon;

(10) chemicals;

(11) waste, including materials to be recycled, reconditioned or reclaimed; and

(12) any other substance or material deemed or classified a pollutant or hazardous material by any governmental body or authority.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. **Earth Movement**

   Earth Movement means:

   a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

   b. Landslide, mudslide or mudflow;

   c. Subsidence or sinkhole; or

   d. Any other earth movement including earth sinking, rising or shifting;

   caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

3. **Water Damage**

   Water Damage means:

   a. Flood, surface water, waves, tidal water, overflow of a body of water or spray from any of these, whether or not driven by wind;

   b. Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

   c. Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

   caused by or resulting from human or animal forces or any act of nature.

   Direct loss by fire or explosion resulting from water damage is covered.

4. **Power Failure**

   Power Failure means the failure of power or other utility service if the failure takes place off the Described Location. But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the Described Location, we will pay for the loss caused by that Peril Insured Against.

5. **Neglect**

   Neglect means your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War**

   War includes the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel;

   c. Destruction or seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard**

   This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in the Nuclear Hazard Clause of the Conditions.

8. **Intentional Loss**

   Intentional Loss means any loss arising out of any act you or any person or organization named as an additional insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, neither you nor any such person or organization is entitled to coverage, even those who did not commit or conspire to commit the act causing the loss.

9. **Governmental Action**

   Governmental Action means the destruction, confiscation or seizure of property described in **A, B** or **C** by order of any governmental or public authority.

   This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered by this coverage form.

B. We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this coverage form is covered.

   1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

   2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   3. Faulty, inadequate or defective:

      a. Planning, zoning, development, surveying, siting;

      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      c. Materials used in repair, construction, renovation or remodeling; or

      d. Maintenance;

      of part or all of any property whether on or off the Described Location.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

## CONDITIONS

**A. Coverage Period**

This coverage form applies only to loss which occurs during the coverage period.

**B. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

1. For an amount greater than the interest of a person insured by this coverage form at the time of loss; or
2. For more than the applicable limit of liability.

**C. Concealment Or Fraud**

We provide coverage to no persons insured by this coverage form if, whether before or after a loss, one or more persons insured by this coverage form have:

1. Intentionally concealed or misrepresented any material fact or circumstance;
2. Engaged in fraudulent conduct; or
3. Made false statements;

relating to this insurance.

**D. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this coverage form if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you or your representative:

1. Give prompt notice to us or our agent;
2. Protect the property from further damage. If repairs to the property are required, you must:
   a. Make reasonable and necessary repairs to protect the property; and
   b. Keep an accurate record of repair expenses;
3. Cooperate with us in the investigation of a claim;
4. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;
5. As often as we reasonably require:
   a. Show the damaged property;
   b. Provide us with records and documents we request and permit us to make copies; and
   c. Submit to examination under oath, while not in the presence of another named insured, and sign the same;
6. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth to the best of your knowledge and belief:
   a. The time and cause of loss;
   b. Your interest and that of all others in the property involved and all liens on the property;
   c. Other insurance which may cover the loss;
   d. Changes in title or occupancy of the property during the term of the coverage form;
   e. Specifications of damaged buildings and detailed repair estimates;
   f. The inventory of damaged personal property described in **D.3.**;
   g. Receipts for additional living expenses incurred and records that support the fair rental value loss.

**E. Loss Settlement**

In this Condition **E.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law except to the extent that coverage for these increased costs is provided in Other Coverage **F.12.** Ordinance Or Law. Covered property losses are settled as follows:

1. Property of the following types:
   a. Personal property;
   b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and
   c. Structures that are not buildings;

   at actual cash value at the time of loss but not more than the amount required to repair or replace.
2. Buildings under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:
   a. If, at the time of loss, the amount of insurance in this coverage form on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:
      **(1)** The limit of liability in this coverage form that applies to the building;

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(2) The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

(3) The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this coverage form on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability in this coverage form that applies to the building:

(1) The actual cash value of that part of the building damaged; or

(2) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this coverage form on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(1) Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

(2) Those supports in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(3) Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

(1) Less than 5% of the amount of insurance in this coverage form on the building; and

(2) Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this coverage form for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **E.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

**F. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

1. Repair or replace any part to restore the pair or set to its value before the loss; or
2. Pay the difference between actual cash value of the property before and after the loss.

**G. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1. Pay its own appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

**H. Other Insurance And Service Agreement**

If property covered by this coverage form is also covered by:

1. Other fire insurance, we will pay only the proportion of a loss caused by any peril insured against in this coverage form that the limit of liability applying in this coverage form bears to the total amount of fire insurance covering the property; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**I. Subrogation**

You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

**J. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms in this coverage form and the action is started within two years after the date of loss.

**K. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**L. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the coverage form or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;
2. There is an entry of a final judgment; or
3. There is a filing of an appraisal award with us.

**M. Abandonment Of Property**

We need not accept any property abandoned by you.

**N. Mortgage Clause**

1. If a mortgagee is named in this coverage form, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
   b. Pays any premium due for this coverage form on demand if you have neglected to pay the premium; and
   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Coverage form conditions relating to Paragraphs **G.** Appraisal, **J.** Suit Against Us and **L.** Loss Payment also apply to the mortgagee.
3. If we decide to cancel or not to renew this coverage form, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.
4. If we pay the mortgagee for any loss and deny payment to you:
   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**O. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this coverage form.

**P. Cancellation**

1. You may cancel this coverage form at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
2. We may cancel this coverage form only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
   b. When this coverage form has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

c. When this coverage form has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the coverage form; or

(2) If the risk has changed substantially since the coverage form was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

3. When this coverage form is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this coverage form is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**Q. Nonrenewal**

We may elect not to renew this coverage form. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this coverage form. Proof of mailing will be sufficient proof of notice.

**R. Liberalization Clause**

If we make a change which broadens coverage in this edition of our coverage form without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the coverage period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this coverage form; or
2. An amendatory endorsement.

**S. Waiver Or Changes**

This coverage form contains agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us. If there is a change to the coverages provided or the information used to calculate our premium, we will adjust your premium. Such premium adjustments will be made in accordance with our manual rules.

**T. Assignment**

Assignment of this coverage form will not be valid unless we give our written consent.

**U. Death**

If you die, we insure:

1. Your legal representatives but only with respect to the property of the deceased covered by the coverage form at the time of death;
2. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**V. Nuclear Hazard Clause**

1. "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.
3. This coverage form does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**W. Recovered Property**

If you or we recover any property for which we have made payment under this coverage form, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**X. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Y. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, that person is considered an insured in this coverage form with respect to that property.

If we decide to cancel or not renew this coverage form, that loss payee will be notified in writing.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE DWELLING PROPERTY COVERAGE.
PLEASE READ IT CAREFULLY

# HOME AND HIGHWAY®
## SPECIAL PROVISIONS - IOWA

The following is added:

**EFFECTIVE TIME**

The time of inception and the time of expiration of this coverage and of any schedule or endorsement attached shall be 12:00 noon standard time.

**CONDITIONS**

**L. Loss Payment** is replaced by the following:

**L. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the coverage form or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

1. Reach an agreement with you;
2. There is an entry of a final judgment; or
3. There is a filing of an appraisal award with us.

**P. Cancellation**

Paragraph **2.b.** is replaced by the following:

**b.** When this coverage has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(This is Condition **Q.** in Form **DP 00 01 Z.**)

Paragraph **Q. Nonrenewal** is replaced by the following:

**Q. Nonrenewal**

We may elect not to renew this coverage form. We may do so by delivering to you, or mailing to you at your last known address or address shown in the Declarations, written notice at least 30 days before the expiration date of this coverage form. Proof of mailing will be sufficient proof of notice.

(This is Condition **R.** in Form **DP 00 01 Z.**)

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE DWELLING PROPERTY COVERAGE FORM.
PLEASE READ IT CAREFULLY

# HOME AND HIGHWAY®

## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE

(For use with all coverage forms)

SCHEDULE*

| This limit of liability applies to the total of all loss or costs payable under this endorsement, regardless of the number of claims made or the number of locations insured under this endorsement and listed in this Schedule or the Declarations. | | |
|---|---|---|
| | **Property Coverage Limit of Liability for the Other Coverage "Fungi", Wet Or Dry Rot, Or Bacteria** | $10,000 |
| | | |
| *Entries may be left blank if shown elsewhere in this coverage form for this coverage. | | |

With respect to the coverage provided under this endorsement, "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**COVERAGES**

**OTHER COVERAGES**

The following Coverage is added:

**13. "Fungi", Wet Or Dry Rot, Or Bacteria**

a. The amount shown in the Schedule above is the most we will pay for:

(1) The total of all loss payable caused by "fungi", wet or dry rot, or bacteria;

(2) The cost to remove "fungi", wet or dry rot, or bacteria from covered property;

(3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

(4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is reason to believe that there is a presence of "fungi", wet or dry rot, or bacteria.

b. The coverage described in **13.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the coverage period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

c. The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Other Coverage regardless of the:

(1) Number of locations insured under this endorsement; or

(2) Number of claims made.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

d. If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Other Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Other Coverage.

This Coverage does not increase the limit of liability applying to the damaged covered property.

(This is Other Coverage **9.** in Form **DP 00 01 Z.**)

**PERILS INSURED AGAINST**

**COVERAGE A – DWELLING and**

**COVERAGE B – OTHER STRUCTURES**

Paragraph **2.c.(8)(c)** in Form **DP 00 03 Z** is deleted and replaced by the following:

**(c)** Smog, rust or other corrosion;

**GENERAL EXCLUSIONS**

The following Exclusion is added:

**"Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning, the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This Exclusion does not apply:

**(1)** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

**(2)** To the extent coverage is provided for in Other Coverages, "Fungi", Wet Or Dry Rot, Or Bacteria with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

(This is General Exclusion **A.10.** in Form **DP 00 01 Z, 10.** in Form **DP 00 02 Z,** and **A.10.** in Form **DP 00 03 Z.**)

All other provisions of this coverage form apply.

Includes material copyrighted by ISO with its permission.

THIS ENDORSEMENT CHANGES THE DWELLING PROPERTY COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®

## WATER BACK UP AND SUMP DISCHARGE OR OVERFLOW

**A. Coverage**

We insure, up to the limit of liability shown on the Declarations Page, for direct physical loss, not caused by your negligence, or that of any person insured by this coverage form, to covered property caused by water, or water-borne material, which:

1. Backs up through sewers or drains; or
2. Overflows or is discharged from a:
   a. Sump, sump pump; or
   b. Related equipment;

   even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A**, **B**, **C**, **D** or, if covered, Coverage **E** stated in the Declarations.

**B. Perils Insured Against**

With respect to the coverage described in **A.** above, Paragraph:

**A.2.c.(8)(b)** in Form **DP 00 03**; and

**2.c.(6)(b)** in Endorsement **DP 04 65;**

is deleted and replaced by the following:

Latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**C. Special Deductible**

The following replaces any other deductible provision in this coverage form with respect to loss covered by this endorsement.

We will pay only that part of the total of all loss payable that exceeds 10% of the limit for this coverage shown in the Declarations. This deductible does not apply with respect to Coverage **D** – Fair Rental Value and, if covered, Coverage **E** – Additional Living Expense.

**D. General Exclusion**

The Water Damage exclusion is deleted and replaced by the following:

Water Damage, meaning:

a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
b. Water, or water-borne material, which:
   (1) Backs up through sewers or drains; or
   (2) Overflows or is discharged from a sump, sump pump or related equipment;

   as a direct or indirect result of flood; or
c. Water, or water-borne material, below the surface of the ground, including water which:
   (1) Exerts pressure on; or
   (2) Seeps or leaks through;

   a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

All other Dwelling Property Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

# HOME AND HIGHWAY®
# HOMEOWNERS 3
# SPECIAL COVERAGE FORM

This Coverage Form is a **legal contract** between the insured and the company. The index below provides a brief outline of some of the important features of **your** coverage form. This is not the insurance contract and only the actual coverage provisions will apply. The coverage form itself sets forth in detail the rights and obligations of both **you** and **your** insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR COVERAGE FORM CAREFULLY.

**AGREEMENT** .......... **1**

**DEFINITIONS** .......... **1**

**DEDUCTIBLE** .......... **3**

**SECTION I – PROPERTY COVERAGES** .......... **3**

Coverage A – Dwelling .......... 3
Coverage B – Other Structures .......... 3
Coverage C – Personal Property .......... 3
Coverage D – Loss Of Use .......... 5
Additional Coverages .......... 5

**SECTION I – PERILS INSURED AGAINST** .......... **8**

Coverage A – Dwelling And Coverage B – Other Structures .......... 8
Coverage C – Personal Property .......... 9

**SECTION I – EXCLUSIONS** .......... **11**

**SECTION I – CONDITIONS** .......... **12**

**SECTION II – LIABILITY COVERAGES** .......... **15**

Coverage E – Personal Liability .......... 15
Coverage F – Medical Payments To Others .......... 16

**SECTION II – EXCLUSIONS** .......... **16**

**SECTION II – ADDITIONAL COVERAGES** .......... **19**

**SECTION II – CONDITIONS** .......... **20**

**SECTIONS I AND II – CONDITIONS** .......... **21**

# HOME AND HIGHWAY®
## HOMEOWNERS
## SPECIAL COVERAGE FORM

## AGREEMENT

We will provide the insurance described in this coverage form in return for the premium and compliance with all applicable provisions of this coverage form.

## DEFINITIONS

In this coverage form, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:
   - **a.** Liability for "bodily injury" or "property damage" arising out of the:
     - **(1)** Ownership of such vehicle or craft by an "insured";
     - **(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;
     - **(3)** Entrustment of such vehicle or craft by an "insured" to any person;
     - **(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or
     - **(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.
   - **b.** For the purpose of this definition:
     - **(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;
     - **(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;
     - **(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and
     - **(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.
2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.
3. "Business" means:
   - **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or
   - **b.** Any other activity engaged in for money or other compensation, except the following:
     - **(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the coverage period;
     - **(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;
     - **(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or
     - **(4)** The rendering of home day care services to a relative of an "insured".
4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".
5. "Insured" means:
   - **a.** You and residents of your household who are:
     - **(1)** Your relatives; or
     - **(2)** Other persons under the age of 21 and in the care of any person named above;
   - **b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:
     - **(1)** 29 and your relative; or
     - **(2)** 24 and in your care or the care of a person described in **a.(1)** above; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

c. Under Section **II**:

(1) With respect to animals or watercraft to which this coverage applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

(2) With respect to a "motor vehicle" to which this coverage applies:

(a) Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

(b) Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II**, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

a. The "residence premises";

b. The part of other premises, other structures and grounds used by you as a residence; and

(1) Which is shown in the Declarations; or

(2) Which is acquired by you during the coverage period for your use as a residence;

c. Any premises used by you in connection with a premises described in **a.** and **b.** above;

d. Any part of a premises:

(1) Not owned by an "insured"; and

(2) Where an "insured" is temporarily residing;

e. Vacant land, other than farm land, owned by or rented to an "insured";

f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

g. Individual or family cemetery plots or burial vaults of an "insured"; or

h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

7. "Motor vehicle" means:

a. A self-propelled land or amphibious vehicle; or

b. Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the coverage period, in:

a. "Bodily injury"; or

b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

b. One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means:

a. The one family dwelling, other structures, and grounds; or

b. That part of any other building;

where you reside and which is shown as the "residence premises" in the Declarations.

"Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

12. "Pollutant" means any solid, liquid, gaseous or thermal irritant, or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, lead, asbestos, radon, chemicals, waste and any other substance defined to be a hazardous substance by any governmental authority. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

## DEDUCTIBLE

Unless otherwise noted in this coverage form, the following deductible provision applies:

Subject to the coverage limits that apply, we will pay only that part of the total of all loss payable under Section I that exceeds the deductible amount shown in the Declarations.

## SECTION I – PROPERTY COVERAGES

**A. Coverage A – Dwelling**

1. We cover:
   a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and
   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".
2. We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.
2. We do not cover:
   a. Land, including land on which the other structures are located;
   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;
   c. Other structures from which any "business" is conducted; or
   d. Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**C. Coverage C – Personal Property**

1. **Covered Property**

   We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:
   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or
   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".
2. **Special Limits Of Liability**

   These limits do not increase the Blanket Property Limit as shown on the Declarations page. The special limit for each category below is the total limit for each loss for all property in that category.
   a. $250 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.
   b. $2,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

      This limit includes the cost to research, replace or restore the information from the lost or damaged material.
   c. $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.
   d. $1,500 on trailers or semitrailers not used with watercraft of all types.
   e. $5,000 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.
   f. $2,500 for loss by theft of firearms and related equipment.
   g. $10,000 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
   h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

i. $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.

j. $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**

k. $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

l. $5,000 for personal property usually located at an insured's residence other than the residence premises. However, this limitation does not apply to personal property:

(1) Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or to store property in; or

(2) In a newly acquired principal residence for 30 days from the time you begin to move the property there.

m. $500 for tapes, wire, records, discs, or other media used with electronic apparatus, designed to be operated solely by the power from the electrical system of the "motor vehicle", while it is in or upon the "motor vehicle". This limitation applies only if the electronic apparatus in or upon the "motor vehicle" is capable of using the media described in this item **m.**

**3. Property Not Covered**

We do not cover:

a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

b. Animals, birds or fish;

c. "Motor vehicles".

(1) This includes:

(a) Their accessories, equipment and parts; or

(b) Electronic apparatus, including their antennas, designed to be operated solely by power from the electrical system of the "motor vehicle".

The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the "motor vehicle".

(2) We do cover "motor vehicles" not required to be registered for use on public roads or property and not designed for recreational use which are:

(a) Used to service an "insured's" residence; or

(b) Designed to assist the handicapped;

(3) We do cover "motor vehicles" not required to be registered for use on public roads or property and designed for recreational use:

(a) If the loss occurs on an "insured location"; or

(b) If the "motor vehicle" is not built or modified after manufacture to exceed a speed of 15 miles per hour on level ground; and

(c) If the "motor vehicle" is not a motorized bicycle, moped or motorized golf cart, regardless of its speed capability.

d. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

g. Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in Additional Coverages **E.10. Landlord's Furnishings**;

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

h. Property rented or held for rental to others off the "residence premises";

i. "Business" data, including such data stored in:

(1) Books of account, drawings or other paper records; or

(2) Computers and related equipment.

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

j. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in Additional Coverages **E.6. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery And Counterfeit Money**, under Section **I** - Property Coverages.

**D. Coverage D – Loss Of Use**

**1. Additional Living Expense**

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this coverage.

**E. Additional Coverages**

**1. Debris Removal**

a. We will pay your reasonable expense for the removal of:

(1) Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

(2) Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the Blanket Property Limit. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the Coverage **A** limit, an additional 5% of the Coverage **A** limit is available for such expense.

b. We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

(1) Your tree(s) felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

(2) A neighbor's tree(s) felled by a Peril Insured Against under Coverage **C**.

The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This limit is included in the Blanket Property Limit.

The Section **I** deductible applies to this coverage.

**2. Reasonable Repairs**

a. We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

b. If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this coverage form and the damage is caused by a Peril Insured Against. This coverage does not:

(1) Increase the limit of liability that applies to the covered property; or

(2) Relieve you of your duties, in case of a loss to covered property, described in **B.4.** under Section **I** – Conditions.

This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

3. **Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

a. Fire or Lightning;

b. Explosion;

c. Riot or Civil Commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of the "residence premises";

f. Vandalism or Malicious Mischief; or

g. Theft.

We will pay up to 5% of the Coverage **A** amount that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $1,000 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is included in the Blanket Property Limit.

The Section **I** deductible applies to this coverage.

4. **Fire Department Service Charge**

We will pay for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against.

This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

5. **Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against including water damage for no more than 30 days while removed.

This coverage does not increase the Blanket Property Limit.

6. **Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

a. We will pay up to $1,000 for:

(1) The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

(2) Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

(3) Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

(4) Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

b. We do not cover:

(1) Use of a credit card, electronic fund transfer card or access device:

(a) By a resident of your household;

(b) By a person who has been entrusted with either type of card or access device; or

(c) If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed.

(2) We do not cover loss arising out of "business" use or dishonesty of an "insured".

c. The following defense provisions also apply:

(1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

(2) If a suit is brought against an "insured" for liability under this Additional Coverage, we will provide a defense at our expense by counsel of our choice.

(3) We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery or Alteration coverage.

7. **Loss Assessment**

a. We will pay up to $5,000 for your share of loss assessment charged during the coverage period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this coverage form if owned by you, caused by a Peril Insured Against under Coverage **A**, other than:

Includes material copyrighted by ISO with its permission.

(1) Earthquake; or

(2) Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $5,000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

c. Condition **P.** Coverage Period under Section **I** – Conditions does not apply to this coverage.

This coverage is additional insurance.

No deductible applies to this coverage.

**8. Collapse**

a. With respect to this Additional Coverage:

(1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

(1) The Perils Insured Against named under Coverage **C** - Personal Property;

(2) Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

(3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) [U]se of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

d. This coverage does not increase the Blanket Property limit that applies to the damaged covered property.

The Section **I** deductible applies to this coverage.

**9. Glass Or Safety Glazing Material**

a. We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided above; or

(2) On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided above. A dwelling being constructed is not considered vacant.

This coverage is included in the Blanket Property Limit.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C** - Personal Property, other than the peril of Theft.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

This limit is the most we wi. ɹy in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage is included in the Blanket Property Limit.

The Section I deductible applies to this coverage.

**11. Ordinance Or Law**

a. You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. You n... use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

This coverage is included in the Blanket Property Limit. The Section I deductible applies to this coverage.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C** - Personal Property.

This coverage is included in the Blanket Property Limit. The Section I deductible applies to this coverage.

## SECTION I – PERILS INSURED AGAINST

**A. Coverage A – Dwelling And Coverage B – Other Structures**

1. We insure against risk of direct physical loss to property described in Coverages **A** and **B**.

2. We do not insure, however, for loss:

a. Excluded under Section I – Exclusions;

b. Involving collapse, except as provided in Additional Coverage **E.8. Collapse**, under the Section I – Property Coverages; or

c. Caused by:

(1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

(a) Maintain heat in the building; or

(b) Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

(2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

(a) Fence, pavement, patio or swimming pool;

(b) Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

Includes material copyrighted by ISO with its permission.

(c) Retaining wa. .r bulkhead that does not support all or part of a building or other structure; or

(d) Pier, wharf or dock;

(3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

(4) Vandalism and malicious mischief if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

(5) Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

(a) A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

(b) A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

(6) Any of the following:

(a) Wear and tear, marring, deterioration;

(b) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

(c) Smog, rust or other corrosion, or dry rot;

(d) Smoke from agricultural smudging or industrial operations;

(e) Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

(f) Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

.., Birds, vermin, rodents, or insects; or

(h) Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

(i) Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

(ii) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section **I** – Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this coverage form is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section **I** – Exclusions.

1. **Fire Or Lightning**
2. **Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include ss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion**
4. **Riot Or Civil Commotion**
5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.
6. **Vehicles**
7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism Or Malicious Mischief**
9. **Theft**

   **a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   **b.** This peril does not include loss caused by theft:

   **(1)** Committed by an "insured";

   **(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

   **(4)** That occurs off the "residence premises" of:

   **(a)** Trailers, semitrailers and campers;

   **(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

   **(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss.
10. **Falling Objects**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in a building.
12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

    **(1)** To the system or appliance from which the water or steam escaped;

    **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

    **(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    **(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

    **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

    **d.** Section I – Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.
13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

Includes material copyrighted by ISO with its permission.

**14. Freezing**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion does not apply to the amount of coverage that may be provided for in Additional Coverages **E.11. Ordinance Or Law,** under the Section **I** – Property Coverages;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

This Exclusion applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues, and then we will pay only for the ensuing loss.

This Exclusion does not apply to loss by theft.

**3. Water Damage**

Water Damage means:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

**c.** Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

Includes material copyrighted by ISO with its permission.

6. **War**

   War includes the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard**

   This Exclusion pertains to Nuclear Hazard to the extent set forth in Condition **M.** Nuclear Hazard Clause under Section I – Conditions.

8. **Intentional Loss**

   Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

9. **Governmental Action**

   Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B,** or **C** by order of any governmental or public authority.

   This exclu[illegible] does not apply to such acts ordered by a[illegible]y governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this coverage form.

B. We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this coverage form is covered.

   1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **A.** above to produce the loss.

   2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   3. Faulty, inadequate or defective:

      a. Planning, zoning, development, surveying, siting;

      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      c. Materials used in repair, construction, renovation or remodeling; or

      d. Maintenance;

      of part or all of any property whether on or off the "residence premises".

## SECTION I – CONDITIONS

A. **Insurable Interest And Limit Of Liability**

   Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   1. To an "insured" for more than the amount of such "insured's" interest at the time of loss;

   2. For more than the applicable limit of liability; or the Blanket Property Limit shown on the Declarations.

B. **Duties After Loss**

   In case of a loss to covered property, we have no duty to provide coverage under this coverage form if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

   1. Give prompt notice to us or our agent;

   2. Notify the police in case of a loss by theft or if a law may have been broken;

   3. Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in Additional Coverage **E.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money,** under the Section **I** – Property Coverages;

   4. Protect the property from further damage. If repairs to the property are required, you must:

      a. Make reasonable and necessary repairs to protect the property; and

      b. Keep an accurate record of repair expenses;

   5. Cooperate with us in the investigation of a claim;

   6. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   7. As often as we reasonably require:

      a. Show the damaged property;

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

b. Provide us with records and documents we request and permit us to make copies; and

c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

8. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

a. The time and cause of loss;

b. The interests of all "insureds" and all others in the property involved and all liens on the property;

c. Other insurance which may cover the loss;

d. Changes in title or occupancy of the property during the term of the coverage;

e. Specifications of damaged buildings and detailed repair estimates;

f. The inventory of damaged personal property described in **6.** above;

g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

h. Evidence or affidavit that supports a claim under Additional Coverage **E.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money,** under the Section **I** – Property Coverages, stating the amount and cause of loss.

C. **Loss Settlement.** The Blanket Property Limit shown on the Declarations is "our" total limit of liability for any one loss involving any combination of the Section **I** - Property Coverages **A, B, C** and **D** including any Additional Coverages under Section **I**.

Individual Covered Property losses for Section **I** - Property Coverages **A, B, C** and **D** are settled as follows:

1. For Coverage **A** - Dwelling, "we" will pay the cost to repair or replace without deduction for depreciation, but not more than the least of the following amounts:

a. The replacement cost of that part of the dwelling damaged with material of like kind and quality and for like use. If the dwelling is rebuilt at a new premises, the cost described in this item a. is limited to the cost which would have been incurred if the dwelling had been rebuilt at the original premises; or

b. The necessary amount actually spent to repair or replace the damaged dwelling; or

c. The Coverage **A** - Dwelling limit shown on the Declarations;

"We" will pay no more than the actual cash value of the damage until the actual repair or replacement is complete. However, if the cost to repair or replace the damage is less than $2,500, "we" will settle the loss according to **C.1.** above whether or not actual repair or replacement is complete.

2. For Coverage **B** - Other Structures, "we" will pay the cost to repair without deduction for depreciation, but not more than the least of the following amounts:

a. The replacement cost of that part of the structure damaged for like construction and use on the same premises;

b. The necessary amount actually spent to repair or replace the damaged structure; or

c. The Blanket Property Limit shown in the Declarations.

"We" will pay no more than the actual cash value of the damage until the actual repair or replacement is complete. However, if the cost to repair or replace the damage is less than $2,500 "we" will settle the loss according to **C.2.** above whether or not actual repair or replacement is complete.

Structures that are not buildings will be settled at actual cash value at the time of loss, but no more than the amount required to repair or replace.

3. For Coverage **C** - Personal Property, "we" will pay the cost to repair or replace without deduction for depreciation, but not more than the least of the following amounts:

a. Replacement cost at the time of loss without deduction for depreciation;

b. The full cost of repair at the time of loss;

c. Any applicable Special Limits of Liability stated in this coverage form; or

d. The Blanket Property Limit shown in the Declarations.

When the replacement cost for the entire loss is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete.

The following property is not eligible for a replacement cost settlement and any loss will be settled at actual cash value at the time of loss but no more than the amount required to repair or replace:

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced, memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to its value, articles not maintained in good or workable condition, and articles that are outdated or obsolete and are stored or not being used.

4. For Coverage **D** - Loss of Use, "we" will pay any Additional Living Expenses or Fair Rental Value as defined by this coverage form under Section **I** - Property Coverages. Total payment under this Coverage Section is limited to the Blanket Property Limit shown on the Declarations.

   The Section **I** deductible does not apply to this coverage.

5. You may disregard the replacement cost loss settlement provisions for **C.1.**, **C.2.**, and **C.3.** above and make claim under this coverage form for loss or damage to property on an actual cash value basis. You may then make claim within 180 days after the loss for any additional liability according to the provisions of **C.1.**, **C.2.**, and **C.3.** above.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

1. Repair or replace any part to restore the pair or set to its value before the loss; or
2. Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1. Pay its own appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this coverage form is also covered by:

1. Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this coverage form bears to the total amount of insurance covering the loss; or
2. A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this coverage form and the action is started within two years after the date of loss.

**H. Our Option**

We may repair or replace any part of the damaged property with material or property of like kind and quality.

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the coverage form or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;
2. There is an entry of a final judgment; or
3. There is a filing of an appraisal award with us.

**J. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K. Mortgage Clause**

1. If a mortgagee is named in this coverage form, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
   b. Pays any premium due under this coverage form on demand if you have neglected to pay the premium; and

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

c. Submits a signed, sw.. .n statement of loss within 60 days after receiving notice from us of your failure to do so. Condition **E.** Appraisal, **G.** Suit Against Us, and **I.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.

3. If we decide to cancel or not to renew this coverage form, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

6. The word "mortgagee" includes trust or trustee.

**L. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this coverage form.

**M. Nuclear Hazard Clause**

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This co...age does not apply under Section I to loss ca...ed directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**N. Recovered Property**

If you or we recover any property for which we have made payment under this coverage, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**O. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**P. Coverage Period**

This coverage applies only to loss which occurs during the coverage period.

**Q. Concealment Or Fraud**

We do not provide coverage to any "insureds" under this coverage form if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**R. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this coverage form, that loss payee will be notified in writing.

## SECTION II – LIABILITY COVERAGES

**A. Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**B. Coverage F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, chiropractic, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a perso[illegible]n the "insured location" with the permission [illegible] an "insured"; or
2. To a person off the "insured location", if the "bodily injury":
   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;
   b. Is caused by the activities of an "insured";
   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or
   d. Is caused by an animal owned by or in the care of an "insured".

## SECTION II – EXCLUSIONS

**A. "Motor Vehicle Liability"**

1. Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":
   a. Is registered for use on public roads or property;
   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or
   c. Is being:
      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;
      (2) Rented to others;
      (3) Used to carry persons or cargo for a charge; or
      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.
2. If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:
   a. In dead storage on an "insured location";
   b. Not designed for recreational use off public roads and is used to service an "insured's" residence;
   c. Designed to assist the handicapped and, at the time of an "occurrence", it is:
      (1) Being used to assist a handicapped person; or
      (2) Parked on an "insured location";
   d. Designed for recreational use and:
      (1) Not owned by an "insured"; or
      (2) Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **6.a., b., d., e.** or **h.**; or
   e. A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:
      (1) A golfing facility and is parked or stored there, or being used by an "insured" to:
         (a) Play the game of golf or for other recreational or leisure activity allowed by the facility;
         (b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
         (c) Cross public roads at designated points to access other parts of the golfing facility; or
      (2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:
   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
   b. Rented to others;
   c. Used to carry persons or cargo for a charge; or
   d. Used for any "business" purpose.

Includes material copyrighted by ISO with its permission.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   a. Is stored;

   b. Is a sailing vessel, with or without auxiliary power, that is:

      (1) Less than 26 feet in overall length;

      (2) 26 feet or more in overall length and not owned by an "insured"; or

   c. Is not a sailing vessel and is powered by:

      (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         (a) 50 horsepower or less; or

         (b) more than 50 horsepower and not owned by an "insured"; or

      (2) One or more outboard engines or motors;

         This coverage applies for the coverage period.

      Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This coverage form does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This coverage form does not cover "hovercraft liability".

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   a. Is of a different kind, quality or degree than initially expected or intended; or

   b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Bu[illegible]s"**

   a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

      This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   b. This Exclusion **E.2.** does not apply to:

      (1) The rental or holding for rental of an "insured location";

         (a) On an occasional basis if used only as a residence;

         (b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

         (c) In part, as an office, school, studio or private garage; and

      (2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

3. **Professional Services**

   "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

4. **"Insured's" Premises Not An "Insured Location"**

   "Bodily injury" or "property damage" arising out of a premises:

   a. Owned by an "insured";

   b. Rented to an "insured"; or

   c. Rented to others by an "insured";

   that is not an "insured location";

5. **War**

   "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

c. Destruction, seizure use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

6. **Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

7. **Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse;

8. **Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician; or

9. **Pollutant Loss or Damage**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release, escape, seepage, trespass, wrongful entry, migration, ingestion, inhalation or absorption of "pollutants" from any source.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E – Personal Liability**

Coverage **E** does not apply to:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in Additional Coverage **D. Loss Assessment,** under Section **II** – Additional Coverages;

   b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

      **(2)** the liability of others is assumed by you prior to an "occurrence";

   unless excluded in **a.** above or elsewhere in this coverage form;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this coverage form:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      **(1)** Nuclear Energy Liability Insurance Association;

      **(2)** Mutual Atomic Energy Liability Underwriters;

      **(3)** Nuclear Insurance Association of Canada;

   or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured":

   a. To repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F – Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. To any person eligibl receive benefits voluntarily provided or required to be provided under any:
   a. Workers' compensation law;
   b. Non-occupational disability law; or
   c. Occupational disease law;
3. From any:
   a. Nuclear reaction;
   b. r radiation; or
   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or
   d. Any consequence of any of these; or
4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;
2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;
3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and
4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this coverage form. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".
2. We will not pay for "property damage":
   a. To the extent of any amount recoverable under Section **I**;
   b. Caused intentionally by an "insured" who is 13 years of age or older;
   c. To property owned by an "insured";
   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or
   e. Arising out of:
      (1) A "business" engaged in by an "insured";
      (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or
      (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This exclusion **e.(3)** does not apply to a "motor vehicle" that:
      (a) Is designed for recreational use off public roads;
      (b) Is not owned by an "insured"; and
      (c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

1. We will pay up to $5,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the coverage period by a corporation or association of property owners, when the assessment is made as a result of:
   a. "Bodily injury" or "property damage" not excluded from coverage under Section **II** – Exclusions; or
   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:
      (1) Is elected by the members of a corporation or association of property owners; and
      (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.
2. Condition **I.** Coverage Period, under Section **II** – Conditions does not apply to this Loss Assessment Coverage.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

3. Regardless of the numbe  assessments, the limit of $5,000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A co  act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## SECTION II – CONDITIONS

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this coverage form if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:
   a. The identity of the coverage form and the "named insured" shown in the Declarations;
   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and
   c. Names and addresses of any claimants and witnesses;
2. Cooperate with us in the investigation, settlement or defense of any claim or suit;
3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";
4. At our request, help us:
   a. To make settlement;
   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
   c. With the conduct of suits and attend hearings and trials; and
   d. To secure and give evidence and obtain the attendance of witnesses;
5. With respect to Additional Coverage **C. Damage To Property Of Others**, under Section **II** – Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;
6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person – Coverage F – Medical Payments To Others**

1. The injured person or someone acting for the injured person will:
   a. Give us written proof of claim, under oath if required, as soon as is practical; and
   b. Authorize us to obtain copies of medical reports and records.
2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim – Coverage F – Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II**.
2. No one will have the right to join us as a party to any action against an "insured".
3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**G. Bankruptcy Of An "Ins[illegible]**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this coverage form.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this coverage form.

**I. Coverage Period**

This coverage form applies only to "bodily injury" or "property damage" which occurs during the coverage period.

**J. Conc[illegible]t Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;
2. Engaged in fraudulent conduct; or
3. Made false statements;

relating to this insurance.

## SECTIONS I AND II – CONDITIONS

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our coverage form without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the coverage period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this coverage form; or
2. An amendatory endorsement.

**B. Waiver Or Change Of Coverage Form Provisions**

A waiver or change of a provision of this coverage form must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this coverage form at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
2. We may cancel this coverage form only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
   b. When this coverage form has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
   c. When this coverage form has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
      (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the coverage form; or
      (2) If the risk has changed substantially since the coverage form was issued.

      This can be done by letting you know at least 30 days before the date cancellation takes effect.
3. When this coverage form is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.
4. If the return premium is not refunded with the notice of cancellation or when this coverage form is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this coverage form. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this coverage form. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this coverage form will not be valid unless we give our written consent.

Includes material copyrighted by ISO with its permission.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we have the right of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Additional Coverage **C. Damage To Property Of Others**, under Section **II** – Additional Coverages.

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the coverage form at the time of death; and
2. "Insured" includes:
   a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and
   b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**H. Changes**

This coverage form contains agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us. If there is a change to the information used to develop your coverages premium, we may adjust your premium. Changes during the coverage term that result in a premium increase or decrease include, but are not limited to changes in:

1. The number, type or classification of insured dwellings; or
2. The Coverage **A** limit of liability based on the property valuations "we" make; or
3. Any other changes in coverage, deductible or limits.

If a change requires a premium adjustment, "we" will make the premium adjustment in accordance with our manual rules.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS EN RSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULL

# HOME AND HIGHWAY®
## SPECIAL PROVISIONS - IOWA

**DEDUCTIBLE**

For Coverage Form HO 00 03 Z, the following paragraph is added:

We agree to waive the deductible amount shown in the Declarations for covered losses under **Section I** of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include Wind and Hail deductible except in the event of a total or constructive total loss to a building covered in **Section I**, Water Backup and Sump Discharge or Overflow deductible, and Earthquake deductible.

**SECTION I – PROPERTY COVERAGES**

In part **C. Coverage C – Personal Property**, under **2.** Special Limits of Liability, item **l.** is deleted and replaced with the following:

**l.** $5,000 for personal property usually located at an insured's residence other than the "residence premises". However, this limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or to store property in;

**(2)** In a newly acquired principal residence for 30 days from the time you begin to move the property there; or

**(3)** Located in a residence not owned by an "insured" and where an "insured" is temporarily residing.

**SECTION I – PROPERTY COVERAGES**

For Coverage Form HO 00 04 Z, in **Section I**, part **C. Additional Coverages**, is revised. Additional Coverage **10. Building Additions and Alterations**, is deleted and replaced by the following:

**10. Building Additions and Alterations**

We cover under **Coverage C** the building improvements or installations, made or acquired at your expense, to that part of the "residence premises" used exclusively by you. The limit of liability for this coverage will not be more than $10,000.

This coverage is additional insurance.

**SECTION I – CONDITIONS**

**F. Other Insurance And Service Agreement** is deleted for Coverage Form HO 00 06Z and replaced by the following:

**F. Other Insurance And Service Agreement**

**1.** If a loss covered by this policy is also covered by:

**a.** Other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**b.** A service agreement, except a service agreement in the name of a corporation or association of property owners, this insurance is excess over any amounts payable under any such agreement.

**2.** Subject to Paragraph **F.1.**, if, at the time of loss, there is other insurance or a service agreement in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance is:

**a.** Excess over the amount due under such other insurance or service agreement, whether the corporation or association of property owners has collected that amount or not; and

**b.** Primary with respect to any amount of the loss covered by this policy and not due under such other insurance or service agreement because of the application of a deductible.

**3.** As used in this Paragraph **F.**, a service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**I. Loss Payment**, is replaced by the following:

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the homeowner coverage form or is legally entitled to receive payment. Loss will be payable within 30 days after we receive your proof of loss and:

1. Reach an agreement with you;
2. There is an entry of a final judgment; or
3. There is a filing of an appraisal award with us.

**SECTION II – EXCLUSIONS**

Exclusion **A. "Motor Vehicle Liability"** is deleted and replaced by the following:

**A. "Motor Vehicle Liability"**

**1.** Coverages E and F do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

**a.** Is registered for use on public roads or property;

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

**c.** Is being

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used to carry persons or cargo for a charge; or

**(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** However, Exclusion **A.1.** does not apply if the "motor vehicle" is:

**a.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" and the "occurrence" takes place:

**(a)** On an "insured location" as defined in Definitions **6.a., b., d., e. or h.**; or

**(b)** Off an "insured location" but only if the "motor vehicle":

**(i)** Was not built, or modified after manufacture to exceed a speed of 15 miles per hour on level ground; or

**(ii)** Is not a motorized bicycle, moped or motorized golf cart, regardless of its speed capability.

**3.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Not designed for recreational use off public roads and is used to service an "insured's" residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **6.a., b., d., e.** or **h.**; or

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence" is within the legal boundaries of:

**(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

**(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

**(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

**(c)** Cross public roads at designated points to access other parts of the golfing facility; or

**(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

Exclusion **E.9. Pollutant Loss or Damage,** is deleted and replaced by the following:

**9. Pollutant Loss or Damage**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release, escape, seepage, trespass, wrongful entry, migration, ingestion, inhalation or absorption of "pollutants" from any source, unless sudden and accidental.

Exclusion **F.4.**, is deleted and replaced by the following:

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

We will provide workers' compensation benefits for your "residence employees" if required by the state in which you live.

**SECTION II – ADDITIONAL COVERAGES**

In **Additional Coverage C. Damage to Property of Others**, the following is deleted:

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft, or "motor vehicles".

This exclusion **e.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(c) At the time of the "occurrence", is not required by law, or regulation issued by any governmental agency, to have been registered for it to be used on public roads or property.

**SECTION II – CONDITIONS**

**F. Suit Against Us**

The following paragraph is added:

In the event an execution on a judgment against the "insured" is returned unsatisfied in an action by a person who is injured or whose property is damaged, the judgment creditor shall have a right of action against us to the same extent that such "insured" could have enforced the "insured's" claim against us had such "insured" paid such judgment.

**SECTIONS I and II – CONDITIONS**

**C. Cancellation**

Paragraph **2.b.** is deleted and replaced by the following:

**b.** When this homeowner coverage form has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

Paragraph **5.** is also added:

**5.** If we offer to renew and you or your representative do not accept, this coverage will automatically terminate at the end of the current coverage period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other homeowners insurance any similar insurance provided by this coverage form will terminate on the effective date of the other insurance.

Paragraph **6.** is also added:

**6.** If this coverage form insures a wild animal as defined by Iowa law, you must notify the Iowa Department of Agriculture and Land Stewardship in the event:

**a.** This coverage is canceled; or

**b.** The minimum limit of liability insurance, as required by Iowa for a dangerous wild animal, is no longer maintained by this coverage form.

Paragraph **D. Nonrenewal** is replaced by the following:

**D. Nonrenewal**

We may elect not to renew this coverage form. We may do so by delivering to you, or mailing to you at your last known address or address shown in the Declarations, written notice at least 30 days before the expiration date of this coverage form. Proof of mailing will be sufficient proof of notice.

The following condition is added:

**JOINT AND INDIVIDUAL INTERESTS**

If there is more than one named insured on this policy, any named insured may cancel or change this policy. The action of one named insured shall be binding on all persons provided coverage under this policy.

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.

THIS ENDO EMENT CHANGES THE HOMEOWNERS COVERAGE FORM.
PLEASE READ IT CAREFULL

# HOME AND HIGHWAY®
## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE

FOR USE WITH FORM HO 00 03 Z

SCHEDULE*

These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims-made, or the number of locations insured under this endorsement and listed in this Schedule.

| | | |
|---|---|---|
| 1. | Section I – Property Coverage Limit Of Liability for the Additional Coverage "Fungi", Wet Or Dry Rot, Or Bacteria. This Limit of Liability includes amounts payable for Additional Living Expense. | $ 10,000 |
| 2. | Section II – Coverage E Aggregate Sublimit of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria | $ 50,000 |

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**DEFINITIONS**

The following definition is added:

**"Fungi"**

a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

b. Under Section II, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

**SECTION I – PROPERTY COVERAGES**

**E. Additional Coverages**

The following Additional Coverage is added:

13. **"Fungi", Wet Or Dry Rot, Or Bacteria**

a. The amount shown in the Schedule above is the most we will pay for:

(1) The total of all loss payable under Section I – Property Coverages, which includes Additional Living Expense, caused by "fungi", wet or dry rot, or bacteria;

(2) The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section I – Property Coverages;

(3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

(4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

b. The coverage described in **13.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the coverage period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

c. The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

(1) Number of locations insured under this endorsement; or

(2) Number of claims-made.

Includes material copyrighted by ISO with its permission.

**d.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

**SECTION I – PERILS INSURED AGAINST**

In Form **HO 00 03Z:**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

Paragraph **2.c.(5)** is replaced by the following:

**(5)** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is:

**(a)** Unknown to all "insureds";

**(b)** Hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure; and

**(c)** Caused by the accidental discharge or overflow of water or steam from within:

**(i)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a houeshold appliance, on the "residence premises"; or

**(ii** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Paragraph **2.c.(6)(c)** is replaced by the following:

**(c)** Smog, rust or other corrosion;

**B. Coverage C – Personal Property**

**12. Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph **b.(4)** is replaced by the following:

**(4)** [illegible] by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 03Z with WB 659:**

**1.** Under Coverages **A, B** and **C:**

Paragraph **b.(5)** is replaced by the following:

**(5).** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is:

**(1)** Unknown to all "insureds";

**(2)** Hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure; and

**(3)** Caused by the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a houeshold appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**SECTION I – EXCLUSIONS**

Exclusion **A.10.** is added.

**10. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**b.** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section **I** – Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

**SECTION II – LIABILITY COVERAGES**

Regarding only the liability coverage provided by this endorsement, part **A. Coverage E – Personal Liability** is deleted and replaced by the following:

**A. Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" which directly or indirectly, in whole or in part, involve the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot or bacteria, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and
2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate.

***Our obligation to pay any claim or judgment, or to defend any suit, ends after the applicable limit of our liability has been exhausted by payment of judgments or settlements, or after we have offered for settlement our limit of liability.***

**SECTION II – CONDITIONS**

Condition **A. Limit Of Liability** is deleted and replaced by the following:

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims-made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

However, our total liability under Coverage **E** for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria will not be more than the Section **II** – Coverage **E** Aggregate Sublimit of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria. That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

1. Number of locations insured under the coverage forms to which this endorsement is attached;
2. Number of persons injured;
3. Number of persons whose property is damaged;
4. Number of "insureds"; or
5. Number of "occurrences" or claims-made.

This sublimit is within, but does not increase, the Coverage **E** limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the coverage period shown in the Declarations.

With respect to damages arising out of "fungi", wet or dry rot, or bacteria described in **A.** Limit Of Liability of this endorsement, Condition **B. Severability Of Insurance** is deleted and replaced by the following:

**B. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section **II** – Conditions, **A.** Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the homeowner coverage form apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS EN RSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULL

# HOME AND HIGHWAY®
## WATER BACKUP AND SUMP DISCHARGE OR OVERFLOW

**A. Coverage**

We insure up to the limit of liability shown in the schedule below, or the limit shown in the Declarations, for direct physical loss, not caused by the negligence of an "insured", to property covered under Section **I** caused by water, or water-borne material, which:

1. Backs up through sewers or drains; or
2. Overflows or is discharged from a:
   - **a.** Sump, sump pump; or
   - **b.** Related equipment;

   even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A, B, C,** or **D** stated in the Declarations.

**B. Section I - Perils Insured Against**

With respect to the coverage described in **A.** above, paragraph:

**A.2.c.(6)(b)** in Form **HO 00 03 Z;**

**A.2.c.(6)(b)** in Form **HO 00 06 Z;**

**1.b.(5)(b)** in endorsement **WB 659**; and

**3.j.(2)** in endorsement **HO 17 31 Z;**

is deleted and replaced by the following:

Latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**C. Special Deductible**

The following replaces any other deductible provision in this homeowner coverage form with respect to loss covered by this endorsement.

We will pay only that part of the total of all loss payable under Section **I** that exceeds 10% of the coverage limit shown on the Declarations for this coverage, however in no event will the deductible exceed $1,000. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage **D** - Loss of Use.

**D. Section I – Exclusions**

Exclusion **3. Water Damage** is deleted and replaced by the following:

Water Damage, meaning:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water, or water-borne material, which:

**(1)** Backs up through sewers or drains; or

**(2)** Overflows or is discharged from a sump, sump pump or related equipment;

as a direct or indirect result of flood; or

**c.** Water, or water-borne material, below the surface of the ground, including water which:

**(1)** Exerts pressure on; or

**(2)** Seeps or leaks through;

a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

All other Homeowners Coverage Form provisions apply.

**SCHEDULE***

| Dwelling Location* | Limit of Liability* |
|---|---|
| 1. | $ |
| 2. | $ |

* Entries are shown on the Homeowners Declarations for this coverage.

**THIS IS NOT FLOOD INSURANCE.**

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY

# HOME AND HIGHWAY®

## NO SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## LIMITED SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

A. "Business", as defined in the homeowner coverage form, means:

1. A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or
2. Any other activity engaged in for money or other compensation, except the following:
   a. One or more activities:
      (1) Not described in **b.** through **d.** below; and
      (2) For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the coverage period;
   b. Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;
   c. Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or
   d. The rendering of home day care services to a relative of an "insured".

B. If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

C. If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

1. That an "insured" engages in for money or other compensation; and
2. From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the coverage period;

the home day care service and other activity will be considered a "business".

D. With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

1. Described in **A.2.** above, and
2. Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

E. With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this homeowner coverage form:

1. Does not provide:
   a. Section **II** coverages. This is because a "business" of an "insured" is excluded under **E.2.** of Section **II** – Exclusions;
   b. Coverage, under Section **I**, for other structures from which any "business" is conducted; and
2. Limits Section **I** coverage, under Coverage **C** – Special Limits of Liability, for "business" property:
   a. On the "residence premises" for the home day care "business" to $2,500. This is because Category **h.** imposes that limit on "business" property on the "residence premises";
   b. Away from the "residence premises" for the home day care "business" to $500. This is because Category **i.** imposes that limit on "business" property away from the "residence premises". Category **i.** does not apply to property described in Categories **j.** and **k.**

All other Homeowners Coverage Form provisions apply.

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## ADDITIONAL RESIDENCE RENTED TO OTHERS

**SECTION II**

For an additional premium, under Coverage **E** – Personal Liability and Coverage **F** – Medical Payments to Others, the premises listed below are included in the definition of "insured location."

With respect to the premises listed below, the exception to the Section **II** Exclusions **E.2. Business** in paragraph **b.** applies.

| Location* | Number of Families* |
| --- | --- |

*Entries are shown on the Declarations for this coverage.

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## IDENTITY PROTECTION COVERAGE

For an additional premium, the following Additional Coverage is added under Section I.

**IDENTITY THEFT EXPENSE REIMBURSEMENT**

We will pay up to $30,000 for "expenses" incurred by an "insured" as the direct result of any one "identity theft" commenced during the coverage period.

Any act or series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one "identity theft", even if a series of acts continues into a subsequent coverage period.

**IDENTITY PROTECTION SERVICES**

In the event of an "identity theft" we will provide an "insured" with resolution services.

We will provide an "insured" access to proactive identity protection services during the coverage period regardless of whether an "identity theft" has occurred.

These services do not reduce the limit available for identity theft expense reimbursement.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

**"Expenses"** means:

1. Lost wages as a result of time taken off from work to meet with, or talk to, law enforcement agencies, credit agencies and/or legal counsel, or to complete fraud affidavits, up to a maximum payment of $500 per week for a maximum period of four weeks.
2. Costs for notarizing fraud affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have required that such affidavits be notarized.
3. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.
4. Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".
5. Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information due to the "identity theft".
6. Reasonable attorney fees incurred, with our prior consent, for:
   a. Defense of lawsuits brought against the "insured" by merchants or their collection agencies;
   b. The removal of any criminal or civil judgments wrongly entered against an "insured"; and
   c. Challenging the accuracy or completeness of any information in a consumer credit report.

**"Identity theft"** means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**EXCLUSIONS**

The following additional exclusions apply to this coverage.

We do not cover:

1. Loss arising out of "business" pursuits of any "insured".
2. "Expenses" incurred due to any fraudulent, dishonest or criminal act by an "insured" or any person acting in concert with an "insured", or by any authorized representative of an "insured", whether acting alone or in collusion with others.
3. Loss other than "expenses".

**SPECIAL DEDUCTIBLE**

We will pay only that part of the loss that exceeds $100. No other deductible applies to "identity theft" coverage.

**YOUR DUTIES AFTER LOSS**

The following is added under Section I – Condition 2. **Your Duties After Loss**, paragraph **9.**:

**(9)** Receipts, bills or other records that support your claim for "expenses" under "identity theft" coverage.

All other provisions of the Homeowners Coverage form apply.

THIS ENI RSEMENT CHANGES THE HOMEOWNE COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## COSMETIC WINDSTORM OR HAIL LOSS TO METAL ROOF EXCLUSION

It is agreed that the following exclusion is added to **Section I – Exclusions**:

We do not insure under **SECTION I – PROPERTY COVERAGES** for "cosmetic loss" to a "metal roof" caused by the peril of hail or windstorm.

This exclusion does not apply to loss by the peril of hail or windstorm to a "metal roof" that will allow the penetration of water through the "metal roof" or that results in the failure of the "metal roof" to perform its intended function of keeping out the elements over an extended period of time.

The following definitions apply to this endorsement:

"**Cosmetic loss**" means loss that alters the physical appearance of the "metal roof" but does not result in the penetration of water through the "metal roof" or does not result in the failure of the "metal roof" to perform its intended function of keeping out the elements over an extended period of time.

"**Metal roof**" means the metal roofing material exposed to the weather; the underlayments applied for moisture protection; and all flashings required in the replacement of a "metal roof".

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## SPECIAL PERSONAL PROPERTY COVERAGE
## FORM HO 00 03 Z ONLY

For an additional premium, the Perils Insured Against under Coverages **A, B** and **C** are deleted and replaced by the following:

**SECTION I – PERILS INSURED AGAINST**

We insure against risks of direct loss to property described in Coverages **A, B** and **C**, only if that loss is a physical loss to property.

We do not insure, however, for loss:

**1.** Under Coverages **A, B** and **C**:

**a.** Excluded under SECTION **I** – EXCLUSIONS;

**b.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain the system and appliances of water;

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio, deck or swimming pool;

**(b)** Footing, foundation, bulkhead, wall or any other structure or device, that supports all or part of a building or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion;

**(d)** Smoke from agricultural smudging or industrial operations;

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(e) Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by one or more of the Perils Insured Against in Section **I**, Coverage **C** - Personal Property.

(f) Settling, shrinking, bulging or expansion, including resultant cracking of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

(g) Birds, vermin, rodents, or insects; or

(h) Animals owned or kept by an "insured".

**Exception to b.(6).**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A**, **B** or **C** resulting from an accidental discharge or overflow of water or steam from within a:

(i) Storm drain or water, steam or sewer pipe off the "residence premises"; or

(ii) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear-out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section **I** - Exclusions **3. Water Damage**, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **(5)** and **(6)** above.

Under **1.b.(1)** through **(6)** above, any ensuing loss to property described in Coverages **A, B** and **C** not precluded by any other provision in this coverage form is covered.

2. Under Coverages **A** and **B**:

a. Involving collapse, other than as provided in Additional Coverages – **8. Collapse**. However, any ensuing loss to property described in Coverages **A** and **B** not excluded or excepted in the Homeowners coverage form is covered.

3. Under Coverage **C** caused by:

a. Breakage of:

(1) Eyeglasses, glassware, statuary, marble;

(2) Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, cameras and photographic lenses.

There is coverage for breakage of the property by or resulting from:

(1) Fire, lightning, windstorm, hail;

(2) Smoke, other than smoke from agricultural smudging or industrial operations;

(3) Explosion, riot, civil commotion;

(4) Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;

(5) Collapse of a building or any part of a building as described in additional coverage **8. Collapse**;

(6) Water not otherwise excluded;

(7) Theft or attempted theft; or

(8) Sudden and accidental tearing apart, cracking, burning or bulging of:

(a) A steam or hot water heating system;

(b) An air conditioning or automatic fire protective sprinkler system; or

(c) An appliance for heating water;

b. Dampness of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

c. Refinishing, renovating or repairing property other than watches, jewelry and furs;

d. Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings, equipment and outboard engines or motors;

e. Destruction, confiscation or seizure by order of any government or public authority; or

f. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss to property described in Coverage **C** not excluded or excepted in this Homeowners coverage form is covered.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**SECTION I – COVERAGE C – PERSONAL PROPERTY**

The **Special Limits of Liability** items **e.**, **f.** and **g.** are deleted and replaced by the following:

**e.** $5,000 for loss by theft, misplacing or losing of jewelry, watches, furs, precious and semi-precious stones.

If your policy includes the WB 673 or WB 673 N Prime Rewards Coverage form or the WB 858 or the WB 858 N Protector-Grand Coverage form this Special Limit of Liability is $10,000.

**f.** $2,500 for loss by theft, misplacing or losing of firearms and related equipment.

**g.** $10,000 for loss by theft, misplacing or losing of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollow-ware, tea sets, trays and trophies made of or including silver, gold or pewter.

**SECTION I – ADDITIONAL COVERAGES**

Under the additional coverage **8. Collapse**, item **b.(1)** is deleted and replaced by the following:

**(1)** Perils Insured Against in Coverages **A** and **B**.

**SECTION I – EXCLUSIONS**

**2. Earth ovement,** the following paragraph is added:

This exclusion **(A.2.)** applies only to property described in Coverages **A** and **B**.

Under **3. Water Damage**, the following paragraphs are added:

Water damage to property described in Coverage **C** away from a premises or location owned, rented, occupied or controlled by an "insured" is covered.

Water damage to property described in Coverage **C** on a premises or location owned, rented, occupied or controlled by an "insured" is excluded even if weather conditions contribute in any way to produce the loss.

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## MORTGAGE EXTRA EXPENSE COVERAGE

In the event of total loss to your home caused by the perils insured against, we will reimburse you for the following costs and expenses incurred within 120 days of the loss to replace damaged property at the same location:

1. Acquisition costs

   We will pay up to $2,000 for the following direct monetary costs:

   a. title search fees;

   b. appraisal fees;

   c. application fees; and

   d. closing costs.

2. Additional Monthly Mortgage Expense

   We will pay that part of the additional monthly mortgage expense, for the same principal amount and like term, on the replacement dwelling which is due to a higher rate of interest on the first mortgage on your home.

   The limit of our liability shall not exceed $250 per month for the shorter of the following periods:

   a. four years from the date of the first payment; or

   b. that date following the first payment on which your ownership or legal control of the replacement dwelling is transferred or otherwise assigned.

   Payment under this coverage will be made semi-annually when you provide satisfactory evidence the mortgage payments for which reimbursement is claimed have been paid by you and the mortgage is in full force and effect.

   The term total loss means loss for which we have paid or agreed to pay an amount equal to the Coverage A amount of the home insured under this Homeowners coverage form.

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## WATERCRAFT - LIABILITY COVERAGE
## IOWA

**A. Watercraft with Inboard or Inboard-Outdrive Engines or Motors**

Description of Watercraft*

1.

2.

**B. Sailing Vessel of 26 Feet or More in Length, With or Without Auxiliary Power**

Description of Watercraft*

1.

2.

*Entries are shown on the Homeowners Declarations for these items.

**SECTION II - Liability Coverages**

Coverage **E** - Personal Liability and Coverage **F** - Medical Payments To Others apply to "watercraft liability" involving a watercraft described in the Schedule or the Homeowners Declarations page.

**SECTION II - Exclusions**

With respect to the watercraft described in the Schedule or the Homeowners Declarations page, Exclusion **B. "Watercraft Liability"** is deleted and replaced by the following:

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence" the involved watercraft is being:
   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
   b. Rented to others;
   c. Used to carry persons or cargo for a charge; or
   d. Used for any "business" purpose.
2. Coverages **E** and **F** do not apply to "bodily injury" to any "employee" arising out of and in the course of employment by an "insured" if the employee's principal duties are in connection with the maintenance, operation or use of a watercraft described in the Schedule, that is:
   a. A sailing vessel; or
   b. Powered by an inboard or inboard/outdrive engine or motor, including those that power a water jet pump.

**ADDITIONAL COVERAGE**

**I. Uninsured and Underinsured Motorists Coverage**

**Insuring Agreement**

We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured watercraft" or an "underinsured watercraft" because of "bodily injury" arising out of:

a. The ownership, maintenance, use, loading or unloading of a watercraft described above or;
b. The use, maintenance, loading or unloading or a watercraft you do not own while used as a temporary substitute for a watercraft described above.

"Occupying" means in, upon, or getting in, on, out or off.

"Uninsured watercraft" means a craft principally designed to be propelled on or in water by wind, engine power or electric motor:

1. To which no bodily injury liability bond, policy or coverage form applies at the time of the accident.
2. Which is a hit-and-run craft whose owner or operator cannot be identified and which hits:
   a. A watercraft to which this coverage form applies which you or any "insured" are "occupying";
   b. Another craft which, in turn, hits a watercraft to which this coverage form applies which you or any "insured" are "occupying".

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

3. To which a bodily injury liability bond, policy or coverage form applies at t[illegible] time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

However, "uninsured watercraft" does not include any craft or equipment:

1. Owned by or furnished or available for the regular use of you or any "insured".
2. Owned or operated by a self-insurer, except a self-insurer which is or becomes insolvent.
3. Owned by any governmental unit or agency.
4. While used as a residence or premises.

"Underinsured watercraft" means a craft principally designed to be propelled on or in water by wind, engine power or electric motor to which a bodily injury liability bond, policy or coverage form applies at the time of the accident but its limit is less than the limit of liability for this coverage.

However, "underinsured watercraft" does not include any craft:

1. Owned or furnished or available for the regular use of you or any "insured".
2. Owned by any governmental unit or agency.
3. While used as a residence or premises.
4. Owned or operated by a person qualifying as a self-insurer.
5. To which a bodily injury liability bond, policy or coverage form applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

**Exclusions**

We do not provide coverage for "bodily injury" sustained by any "insured":

1. While "occupying" any watercraft owned by that "insured" which is not insured for this coverage by this coverage form.
2. If that "insured" or their legal representative settles the "bodily injury" claim with the owner or operator of an "uninsured watercraft" or an "underinsured watercraft" and such settlement prejudices our right to recover payment.
3. Using a watercraft without a reasonable belief that the "insured" is entitled to do so. This does not include an "insured" using a watercraft which is owned by you.
4. If at the time of an "occurrence" the involved watercraft is being:
   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
   b. Rented to others;
   c. Used [illegible]arry persons or cargo for a charge; or
   d. Used for any "business" purpose.
5. Arising out of para-sailing, kite-skiing, kite tubing or the use of any similar towable apparatus designed to produce momentary or prolonged flight.
6. Arising out of water skiing, knee boarding, wake boarding or tubing unless the "bodily injury" results from:
   a. An "insured" actually being struck by an "uninsured watercraft" or an "underinsured watercraft"; or
   b. An accident between a covered watercraft and an "uninsured watercraft" or an "underinsured watercraft" which leads to the immediate "bodily injury" of an "insured" who is water skiing, knee boarding, wake boarding or tubing behind the covered watercraft.

This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any workers' compensation law, disability benefits law or similar law.

We do not provide Uninsured and Underinsured Motorists Coverage for punitive or exemplary damages.

**Limit of Liability**

The limit of liability shown in the Declarations for Coverage E – Personal Liability shall be the maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Watercraft, other coverages, or premiums shown in the Declarations; or
4. Watercraft involved in the accident.

The limit of liability shall be reduced by all sums:

1. Paid because of the "bodily injury" by or on behalf of persons or organizations who may be legally responsible.
2. Paid or payable because of the "bodily injury" under any of the following:
   a. Workers' compensation law; or
   b. Disability benefits law.

No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and any other part of this policy.

We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

Includes material copyrighted by ISO with its permission.

We will not pay for any element of loss if a person is entitled to receive payme[illegible] for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this endorsement:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one watercraft under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a watercraft you do not own, including any watercraft while used as a temporary substitute for a covered watercraft, shall be excess over any collectible insurance providing such coverage on a primary basis.
3. If the coverage under this coverage form is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**Additional Duties**

Any person seeking coverage under this additional coverage must also promptly send us copies of the legal papers if a suit is brought.

A person seeking coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the owner or operator of the "uninsured watercraft" or "underinsured watercraft" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the owner or operator of the "uninsured watercraft" or "underinsured watercraft". However, this paragraph does not apply if failure to notify us does not prejudice our rights against the owner or operator of the "uninsured watercraft" or "underinsured watercraft".

**II. Fuel Spill Liability Coverage**

We will pay the necessary expenses for unintentional su[illegible]n and accidental oil or fuel spills that result in [illegible]odily injury" or "property damage" for which the insured is legally responsible because of an accident arising out of the ownership, maintenance, or use of a watercraft scheduled above. The limit shown in the declarations for Coverage E shall be the maximum limit of liability for all damages resulting from any one incident.

We do not provide coverage for "bodily injury" or "property damage" if at the time of an "occurrence" the involved watercraft is being:

1. Used without a reasonable belief that the "insured" is entitled to do so. This does not include an "insured" using a watercraft which is owned by you;
2. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
3. Rented to others;
4. Used to carry persons or cargo for a charge; or
5. Used for any "business" purpose.

**III. Removal of Wreck Coverage**

We will pay the necessary expenses to recover or dispose of the wreck of a watercraft described in the Schedule or on the Homeowners Declarations page. We will also pay the necessary expenses for any attempt to do so that we have approved in response to a law or regulation requiring such removal. We will reduce the amount we pay by the value of any salvage recovered from the wreck. We will pay no more than the Limit of Liability for Coverage E – Personal Liability.

We do not provide coverage if at the time of an "occurrence" the involved watercraft is being:

1. Used without a reasonable belief that the "insured" is entitled to do so. This does not include an "insured" using a watercraft which is owned by you;
2. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
3. Rented to others;
4. Used to carry persons or cargo for a charge; or
5. Used for any "business" purpose.

**IV. Coverage for Newly Acquired Watercraft**

If "you" acquire a watercraft during the coverage period that is similar to one shown in the Declarations, we will provide coverage for that newly acquired watercraft provided "you" report it to "us" within 30 days of the date "you" acquire it and pay any additional premium from that date.

All other Homeowners Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY

# HOME AND HIGHWAY®
## GUARANTEED REPLACEMENT PROTECTION
## COVERAGE A – DWELLING

1. "We" agree to amend the present coverage amounts indicated on the Declarations page in accordance with the following provisions:

   If "you" have:

   a. allowed "us" to adjust the Coverage **A** Limit of Liability and the premium in accordance with:
      **(1)** the property evaluations "we" make; and
      **(2)** any increases in inflation; and

   b. notified "us", within 90 days of completion, of any alterations to the dwelling which increases the replacement cost of the dwelling by more than the greater of the following:
      **(1)** $5,000; or
      **(2)** 5% of the current Coverage **A** Limit; and

   c. elected to repair or replace the damaged building,

2. "We" will:

   a. increase the Coverage **A** Limit of Liability to equal the lesser of the replacement cost or the amount actually spent to repair or replace. However, this will be done only if the amount of loss to the dwelling is more than the Coverage **A** Limit of Liability indicated on the Declarations page;

   b. also increase the Blanket Property Limit based on the increase to the Coverage **A** Limit of Liability. However, "we" will do this only if the coverage **A** Limit of Liability is increased under paragraph **2.a.** above as a result of a Coverage **A** loss;

   c. adjust the premium from the time of loss for the remainder of the coverage term based on the increased Coverage **A** Limit of Liability.

3. If "you" comply with the provisions of this endorsement and there is a loss to a building insured under Coverage **A**, under Section **I** – Conditions **C. Loss Settlement** paragraph **1.** is deleted and replaced by the following:

   1. For Coverage **A** – Dwelling, "we" will pay the cost to repair or replace without deduction for depreciation, but not more than the least of the following amounts:

      a. The Coverage **A** – Dwelling limit shown on the Declarations including any increase based on paragraph **2.a.** of this endorsement;

      b. The replacement cost of that part of the dwelling damaged with material of like kind and quality and for like use. If the dwelling is rebuilt at a new premises, the cost described in this item **b.** is limited to the cost which would have been incurred if the dwelling had been rebuilt at the original premises; or

      c. The necessary amount actually spent to repair or replace the damaged dwelling.

      "We" will pay no more than the actual cash value of the damage until actual repair or replacement is complete. However, if the cost to repair or replace the damage is less than $2,500, "we" will settle the loss according to **3.** above whether or not actual repair or replacement is complete.

All other Homeowners Coverage Form provisions apply.

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## WATERCRAFT - PHYSICAL DAMAGE COVERAGE

This coverage is subject to the Definitions, Section I – Conditions (except for Loss Settlement), Section I and II Conditions and all provisions of this endorsement.

The Section I deductible does not apply to this coverage.

The amounts shown in the Declarations for this coverage are limited to the loss settlement provision of this endorsement.

### DEFINITIONS

1. "Boat" means an outboard boat, inboard/out-drive boat, inboard boat, jet ski, or sail boat and any permanently attached equipment including motors.
2. "Boat Motor" means an outboard motor and the fuel containers and starting equipment or controls supplied as integral equipment for the outboard motor by the manufacturer.
3. "Boat Trailer" means the trailer designed and used for transporting a "boat".
4. "Boat Package" means any combination of a "boat", "boat motor(s)" and "boat trailer" for which a single limit of liability applies. The specific items included in a "boat package" will be identified on the declarations.
5. "Portable Equipment" means "boat" accessories not permanently attached to the "boat" consisting principally of anchors, oars, tarpaulins, cushions, life preservers, fire extinguishers, extra fuel containers, and related items necessary for the operation or safety of the "boat". This does not include sporting equipment unrelated to the operation or safety of the "boat".

### WHAT WE COVER

"We" cover "Boats", "Boat Motors", "Boat Trailers", "Boat Packages", and "Portable Equipment" used with boats. The property "we" cover for "you" is described on the Declarations. The property type, limit of liability, deductible, and description is printed for each item covered.

### TERRITORY

"We" cover the property described in the Declarations for this coverage while afloat or on land within the United States of America (excluding Hawaii) and Canada.

### WHAT WE COVER AGAINST

"We" insure against direct physical loss to covered property unless the loss is caused by a peril that is excluded in the CONDITIONS section of this endorsement. The loss must be due to an external cause.

### CONDITIONS

1. "We" do not insure against loss caused by:
   a. Deterioration caused by marine life;
   b. Rust or corrosion;
   c. Freezing, overheating, or dampness of atmosphere;
   d. Wet or dry rot;
   e. Mold;
   f. Latent defect, faulty manufacturing, structural, mechanical, or electrical breakdown or failure;
   g. Any work done on the property, unless it results in a fire or explosion. In this case, we cover only the loss caused by the fire or explosion;
   h. The infidelity of persons (other than common carriers) entrusted with the property;
   i. Strikers, locked out workmen or persons taking part in labor disturbances, riots, or civil commotion; or
   j. Vermin, termites, birds, insects, rodents, or domestic animals.

   However, any ensuing loss not precluded by any other provision in this coverage form is covered.
2. "We" do not insure:
   a. Loss or damage to sails, masts, or spars sustained while racing;
   b. Loss to covered property that is being operated or used in any official race or speed contest;
   c. Loss to covered property that is being used to transport people or goods for compensation;
   d. Loss to covered property that is rented to others;

e. Loss or damage to dy nos, lamps, motors, switches, or any other apparatus for the generating, utilizing, testing, regulating, or distributing of electricity caused by artificially generated electrical currents; or

f. Loss or damage caused either directly or indirectly by unseaworthiness of the covered "boat".

However, items **2.a.** and **2.b.** do not apply to a sailing vessel or a predicted log course.

**LOSS SETTLEMENT PROVISIONS**

1. If agreed value coverage is indicated in the Declarations, the following loss settlement provisions apply:

   **Agreed Value Coverage**

   a. Total Loss

      Your "boat" or "boat package" is insured for and valued at the amount of insurance shown in the Declarations. "We" will pay this amount if, as a result of a covered loss, your "boat" or "boat package" is lost completely or if the reasonable expense of recovering and repairing "your" "boat" or "boat package" exceeds the amount of insurance.

   b. Partial Loss

      If agreed value coverage is indicated in the Declarations, "we" will pay the cost to repair or replace the damaged parts without reduction for depreciation; except losses to sails will always be settled at actual cash value.

      If any damage is not repaired, "we" will pay no more than the actual cash value of the damaged parts.

      The repair practices will be according to customary or manufacturer recommended procedures and/or specifications.

2. If actual cash value coverage is indicated in the Declarations the following loss settlement provisions apply:

   **Actual Cash Value Coverage**

   a. For covered "Boats", "Boat Motors", "Boat Trailers", and "Boat Packages", "we" will pay the lesser of the following amounts:

      (1) The amount required to repair the damaged property to its condition immediately prior to loss. The repair practices will be according to customary or manufacturer recommended procedures and/or specifications;

      (2) The amount required to replace the property with property that is substantially similar to the property lost or damaged; or

      (3) Th mit of liability shown on the Declarations for the property damaged.

   b. For covered "Portable Equipment", payment will be no more that the actual cash value of the property at the time of loss or damage.

3. Any payment made under this coverage will be reduced by the deductible amount shown on the Declarations that applies to the damaged property. However, if more than one deductible applies to any one loss under this coverage, only the largest deductible applies.

For Form **HO 00 03 Z**, the coverage provided by this endorsement is in addition to the Blanket Property Limit.

For Forms **HO 00 04 Z** and **HO 00 06 Z**, the coverage provided by this endorsement is in addition to the Coverage C limit.

**REPLACEMENT PROPERTY COVERAGE**

If "you" acquire property in replacement for the covered property under this coverage, "we" will cover the newly acquired property for (1) the limit of liability for the property disposed of, or (2) the invoice cost of the new property, whichever is less, provided "you" acquire the property during the coverage term and report it to "us" within 30 days of the date "you" acquire it and pay any additional premium from that date.

**NEWLY ACQUIRED PROPERTY COVERAGE**

If "you" acquire similar additional property, "we" will cover the newly acquired property for (1) the actual cash value, or (2) the invoice cost of the new property, whichever is less, provided "you" acquire the property during the coverage period and report it to "us" within 30 days of the date "you" acquire it and pay any additional premium from that date.

**ADDITIONAL COVERAGE**

**ON WATER TOWING AND LABOR COVERAGE**

If a covered "Boat" or "Boat Motor" is disabled while afloat or away from safe harbor, or your "Boat Trailer" is disabled we will pay up to $500 for:

1. The cost of emergency labor performed at the site of disablement; or
2. Towing to the nearest place where needed repairs can be made; or
3. Delivery of gas, oil or battery, however, we do not pay for the cost of these items.

A $50 deductible applies to this coverage.

All other Homeowners Coverage Form provisions apply.

THIS ENDORSEMENT CHANGES THE HOMEOWNERS COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWA ®
## PROTECTOR COVERAGE
## (FORM HO 00 03 Z)

This endorsement provides both expanded and additional coverages under Section **I** – Property Coverages and Section **II** – Liability Coverages.

**A.** Under **Section I – Property Coverages**, the following **Additional Coverages** are added:

**1. Inflation Guard Protection.** We will adjust the Coverage A – Dwelling Limit of Liability annually to reflect the most current changes in building labor costs and building material costs. The Blanket Property Limit shown on the Declarations will also be adjusted based on the new Coverage A – Dwelling Limit of Liability.

**2. Expanded Property Coverage – Jewelry.** We insure against direct physical loss to jewelry, watches, gems, precious and semi–precious stones, gold, silver and furs. However, we do not cover this property if the direct physical loss is due to wear and tear, marring, deterioration, inherent vice, birds, vermin, rodents, insects, neglect of an insured to use all reasonable means to save and preserve the property at and after the time of loss, and any act committed by or at the direction of an "insured" with the intent to cause a loss. The maximum payment under this coverage for any one loss is $5,000. This coverage is included in the Blanket Property Limit. The Section I deductible applies to each loss under this coverage. This coverage does not apply to any item separately described and specifically insured or insured on a blanket coverage basis in this or other insurance.

This coverage does not increase any Special Limits of Liability under Section **I** Coverage **C** of the main homeowners coverage form.

**3. Expanded Property Coverage – "Recreational Vehicles".** "We" insure against direct physical loss to owned "recreational vehicles". "Recreational Vehicle" means a motorized land vehicle designed for recreational use off public roads. A "recreational vehicle" does not include watercraft.

**a.** "We" do not insure against loss caused by:

**(1)** A dishonest or illegal act, alone or in collusion with another, by:

**(a)** you;

**(b)** others who have an interest in the property;

**(c)** others to whom you entrust the property; or

**(d)** the employees or agents of **(1)**, **(2)**, or **(3)**, whether or not they are at work.

"We" do cover loss caused by dishonest acts by carriers or other bailees for hire.

**(2)** Dampness of atmosphere;

**(3)** Expansion or contraction;

**(4)** Freezing;

**(5)** Overheating;

**(6)** Corrosion or rust;

**(7)** A process to repair, adjust, service or maintain the covered property. If a fire or explosion results, "we" do cover the loss caused by the fire or explosion;

**(8)** Mechanical breakdown or failure. If a fire or explosion result, "we" do cover the loss caused by the fire or explosion;

**(9)** Electrical currents, other than those caused by lightning that damages an electrical apparatus or its wiring. If a fire or explosion results, "we" do cover the loss caused by the fire or explosion;

**(10)** Chipping, denting, marring, or scratching; or

**(11)** Vermin, termites, birds, insects, rodents, or domestic animals.

Any ensuing loss not precluded by any other provision in this coverage form is covered.

**b.** "We" do not insure:

**(1)** Tires, treads, or drive belts mounted on snowmobiles. "We" do cover tires, treads and drive belts mounted on covered snowmobiles, if the loss is caused by:

**(a)** fire, theft, or vandalism; or

**(b)** a covered peril which also damages the covered snowmobile.

**(2)** "Recreational vehicles" while they are:

**(a)** rented to others;

**(b)** used to carry persons or property for a fee;

**(c)** used for business purposes; or

**(d)** operated in a pre–arranged race, speed, pushing, pulling, jumping, demolition, or stunting activity or contest. This includes the practice or preparation for such activity or contest.

(3) Any vehicle that is licensed, or subject to licensing, for use on public roads.

The maximum payment under this coverage for any one loss is $1,000 regardless of the number of owned "recreational vehicles". This coverage includes any equipment that is used with the owned "recreational vehicles". This coverage is included in the Blanket Property Limit. The Section I deductible applies to each loss under this coverage. This coverage does not apply to any item that is separately described and specifically insured in this or other insurance.

4. **Lock Replacement Coverage.** We will pay the cost for the necessary rekeying or replacement of locks when the keys to the dwelling located on the "residence premises" and insured under Section I Property Coverages, Coverage A – Dwelling, have been stolen in a covered theft loss. This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

5. **Food Spoilage Coverage.** We will pay, up to $250, for loss to food or personal property stored in a freezer or refrigerator caused by interruption of power to the "residence premises" or mechanical failure. This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

6. **Pet AID Coverage.**

   a. We cover sudden and accidental direct injury or death to "your" owned domestic dog or cat due to the following perils:

      (1) Fire and Lightning;

      (2) Explosion;

      (3) Smoke;

      (4) Windstorm and Hail;

      (5) Vehicles and Aircraft; and

      (6) Falling Objects.

   b. Our payment for a covered loss to any one domestic dog or cat will be limited to the least of the following:

      (1) The amount actually paid for reasonable and necessary veterinarian expenses incurred by "you" within one year from the date of loss;

      (2) The amount actually paid to replace the deceased dog or cat with one of like kind and quality;

      (3) The combination of **b.(1)** and **b.(2)** above; or

      (4) $500.

   c. Regardless of the number of owned dogs or cats injured or killed in the same covered loss, our total payment for any one loss is limited to $1,500.

   d. Letter **b.** under Section I item **3. Property Not Covered** is amended to read as follows but solely for the coverage specified under the **Pet AID Coverage** items **6.a.** through **6.c.** above:

      b. Birds, fish, and animals except owned domestic dogs and cats.

This coverage is included in the Blanket Property Limit. No deductible applies to this coverage.

7. **Environmental, Safety and Efficiency Improvements.**

   We will pay up to $5,000 in additional coverage to replace damaged or destroyed covered property with readily available material or property that is better for the environment, safer, or more efficient than the property being replaced.

   However, we will not pay more than 10% above what the cost would have been to repair or replace with property of like kind and quality and this additional coverage does not apply to any property to which an Actual Cash Value settlement applies.

   This coverage is included in the Blanket Property Limit. The Section I deductible applies to this coverage.

B. Under **Section II – Liability,** the following coverage is added:

   1. **Definitions**

      The following definition is added:

      a. **"Personal injury"** means injury arising out of one or more of the following offenses, but only if the offense was committed during the coverage period:

         (1) False arrest, detention or imprisonment;

         (2) Malicious prosecution;

         (3) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

         (4) Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

         (5) Oral or written publication of material that violates a person's right of privacy.

2. **Coverage E – Personal Liability**

The following is added to Coverage **E** – Personal Liability:

a. **Personal Injury Coverage**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

**(1)** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**(2)** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

3. **Section II – Exclusions**

Under **Section II – Exclusions**, the following amendment is made:

**a.** The following is added to Exclusion **F.3.**:

Item **F.3.** does not apply to "property damage" to a:

**(1)** Non–owned recreational vehicle; or

**(2)** Non–owned watercraft.

**b.** With respect to the "personal injury" coverage provided by this endorsement, Section II – Exclusions is deleted and replaced by the following:

This insurance does not apply to:

"Personal Injury":

**(1)** Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the coverage period;

**(4)** Arising out of a criminal act committed by or at the direction of an "insured";

**(5)** Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership maintenance or use of the premises;

**(6)** Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

**(7)** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

This exclusion does not apply to:

**(a)** The rental or holding for rental of an "insured location";

**(i)** On an occasional basis if used only as a residence;

**(ii)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(iii)** In part, as an office, school, studio or private garage; and

**(b)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**(8)** Arising out of civic or public activities performed for pay by an "insured";

**(9)** To you or an "insured" as defined under Definition **5.a.** or **b.**;

This exclusion also applies to any claim made or suit brought against you or an "insured":

**(a)** To repay; or

**(b)** Share damages with;

Another person who may be obligated to pay damages because of "personal injury" to an "insured"; or

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(11)** Arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot or bacteria.

In addition, this insurance does not apply to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants", "fungi", wet or dry rot, or bacteria; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**4. Section II – Additional Coverages**

**a.** Under **Section II – Additional Coverages,** the following additional coverage is added:

**Insured Medical Expense Coverage.** We will pay, up to $1,000 for medical expenses, as defined by Section **II** – Liability Coverages, incurred for "bodily injury" to an "insured" resulting from assault or robbery. You can make claim to this coverage up to one year after the injury. This coverage is additional insurance. No deductible applies to this coverage.

**b.** With respect to the "personal injury" coverage provided by this endorsement, additional coverage **D. Loss Assessment** is deleted and replaced by the following:

**D. Loss Assessment**

We will pay up to $5,000 for your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the coverage period by a corporation or association of property owners, when the assessment is made as a result of "personal injury" not excluded under this endorsement.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $5,000 is the most we will pay for loss arising out of "personal injury".

**5. Section II – Conditions**

With respect to the "personal injury" coverage provided by this endorsement, Section **II** – Condition **I.** Policy Period does not apply and Conditions **A. Limit Of Liability, B. Severability Of Insurance** and **C. Duties After "Occurrence"** are deleted and replaced by the following:

**A. Limit Of Liability**

Our total liability in an annual policy period under "Personal Injury" Coverage for all damages resulting from the total of all offenses during the policy period will not be more than the limit of liability shown in the Declarations for Coverage **E.** This limit is the most we will pay regardless of the number of "insureds", offenses, claims made, or suits brought.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one offense.

**C. Duties After Offense**

In the event of a covered offense, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this homeowner coverage form if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

**a.** The identity of the policy and "named insured";

**b.** Reasonably available information on the time, place and circumstances of the offense; and

**c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**3.** Promptly forward to us every notice, demand, summons or other process relating to the offense;

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

All other Homeowners Coverage Form provisions apply.

# HOME AND HIGHWAY®
# PERSONAL AUTO
# COVERAGE FORM

This Coverage Form is a **legal contract** between the insured and the company. The index below provides a brief outline of some of the important features of **your** coverage form. This is not the insurance contract and only the actual coverage provisions will apply. The coverage form itself sets forth in detail the rights and obligations of both **you** and **your** insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR COVERAGE FORM CAREFULLY.

**AGREEMENT** .......... 3

**DEFINITIONS** .......... 3

**PART A – LIABILITY COVERAGE** .......... 4
- INSURING AGREEMENT .......... 4
- SUPPLEMENTARY PAYMENTS .......... 4
- EXCLUSIONS .......... 4
- LIMIT OF LIABILITY .......... 6
- OUT OF STATE COVERAGE .......... 6
- FINANCIAL RESPONSIBILITY .......... 7
- OTHER INSURANCE .......... 7

**PART B – MEDICAL PAYMENTS COVERAGE** .......... 7
- INSURING AGREEMENT .......... 7
- EXCLUSIONS .......... 7
- LIMIT OF LIABILITY .......... 8
- OTHER INSURANCE .......... 8

**PART C – UNINSURED MOTORISTS COVERAGE** .......... 8

**PART D – COVERAGE FOR DAMAGE TO YOUR AUTO** .......... 8
- INSURING AGREEMENT .......... 8
- TRANSPORTATION EXPENSES .......... 9
- EXCLUSIONS .......... 9
- LIMIT OF LIABILITY .......... 10
- PAYMENT OF LOSS .......... 11
- WAIVER OF COLLISION DEDUCTIBLE .......... 11
- NO BENEFIT TO BAILEE .......... 11
- OTHER SOURCES OF RECOVERY .......... 11
- APPRAISAL .......... 11

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**PART E – DUTIES AFTE AN ACCIDENT OR LOSS** ........................................ 11

**PART F – GENERAL PROVISIONS** ........................................ 12
BANKRUPTCY ........................................ 12
CHANGES ........................................ 12
FRAUD ........................................ 12
LEGAL ACTION AGAINST US ........................................ 12
OUR RIGHT TO RECOVER PAYMENT ........................................ 12
COVERAGE PERIOD AND TERRITORY ........................................ 12
TERMINATION ........................................ 12
TRANSFER OF YOUR INTEREST IN THIS COVERAGE FORM ........................................ 13
TWO OR MORE AUTO COVERAGE FORMS OR AUTO POLICIES ........................................ 13

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

# PERSONAL AUTO COVERAGE FORM

## AGREEMENT

In return for payment of the premium and subject to all the terms of this coverage form, we agree with you as follows:

## DEFINITIONS

**A.** Throughout this coverage form, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the coverage period or prior to the inception of this coverage, the spouse will be considered "you" and "your" under this coverage form but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;
2. The effective date of another policy or coverage form listing the spouse as a named insured; or
3. The end of the coverage period.

**B.** "We", "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this coverage, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

**D.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**E.** "Business" includes trade, profession or occupation.

**F.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

**G.** "Occupying" means:

1. In;
2. Upon; or
3. Getting in, on, out or off.

**H.** "Property damage" means physical injury to, destruction of or loss of use of tangible property.

**I.** "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or
2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in **1.** or **2.** above.

**J.** "Your covered auto" means:

1. Any vehicle shown in the Declarations.
2. A "newly acquired auto".
3. Any "trailer" you own.
4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   - **a.** Breakdown;
   - **b.** Repair;
   - **c.** Servicing;
   - **d.** Loss; or
   - **e.** Destruction.

   This Provision **(J.4.)** does not apply to Coverage For Damage To Your Auto.

**K.** "Newly acquired auto":

1. "Newly acquired auto" means any of the following types of vehicles you become the owner of during the coverage period:
   - **a.** A private passenger auto; or
   - **b.** A pickup or van, for which no other insurance provides coverage, that:
     - **(1)** Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and
     - **(2)** Is not used for the delivery or transportation of goods and materials unless such use is:
       - **(a)** Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or
       - **(b)** For farming or ranching.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

   a. For any coverage provided by this coverage form except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 30 days after you become the owner.

      If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

   b. Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within 30 days of your ownership of the "newly acquired auto".

      If you comply with the 30-day requirement and a loss occurred before you asked us to insure the "newly acquired auto" a Collision deductible of $250 will apply.

   c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within 30 days of your ownership of the "newly acquired auto".

      If you comply with the 30-day requirement and a loss occurred before you asked us to insure the "newly acquired auto" an Other Than Collision deductible of $250 will apply.

## PART A – LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered by this coverage form.

B. "Insured" as used in this Part means:

   1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

   2. Any person using "your covered auto".

   3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

   4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision **(B.4.)** applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

We will pay on behalf of an "insured":

1. The cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered by this coverage form.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

6. In the event of a covered auto accident, any first aid expense provided at the accident scene.

These payments will not reduce the limit of liability.

### EXCLUSIONS

A. We do not provide Liability Coverage for any "insured":

   1. Who intentionally causes "bodily injury" or "property damage".



Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. For "property damage" to property owned or being transported by that "insured".
3. For "property damage" to property:
   a. Rented to;
   b. Used by; or
   c. In the care of;

   that "insured".

   This Exclusion **(A.3.)** does not apply to "property damage" to a residence, private garage, borrowed or rented vehicle.
4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion **(A.4.)** does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion **(A.5.)** does not apply to a share-the-expense car pool.
6. While employed or otherwise engaged in the "business" of:
   a. Selling;
   b. Repairing;
   c. Servicing;
   d. Storing; or
   e. Parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion **(A.6.)** does not apply to the ownership, maintenance or use of "your covered auto" by:
   a. You;
   b. Any "family member"; or
   c. Any partner, agent or employee of you or any "family member".
7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion **A.6.**

   This Exclusion **(A.7.)** does not apply to the maintenance or use of a:
   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in **a.** or **b.** above.
8. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(A.8.)** does not apply to a "family member" using "your covered auto" which is owned by you.
9. For "bodily injury" or "property damage" for which that "insured":
   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:
   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.
10. For "property damage" including loss of use, to a vehicle rented by:
    a. You; or
    b. Any "family member";

    if a rental vehicle company is precluded from recovering such loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:
1. Any vehicle which:
   a. Has fewer than four wheels; or
   b. Is designed mainly for use off public roads.

   This Exclusion **(B.1.)** does not apply:
   a. While such vehicle is being used by an "insured" in a medical emergency;
   b. To any "trailer"; or
   c. To any non-owned golf cart.
2. Any vehicle, other than "your covered auto", which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
3. Any vehicle, other than "your covered auto", which is:
   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

Includes material copyrighted by ISO with its permission.

However, this Exclusion (**B.3.**) does not apply to you while you are maintaining or "occupying" any vehicle which is:

**a.** Owned by a "family member"; or

**b.** Furnished or available for the regular use of a "family member".

**4.** Any vehicle, located inside a facility designed for racing, for the purpose of:

**a.** Competing in; or

**b.** Practicing or preparing for;

any prearranged or organized racing or speed contest.

**C.** The following are not "insureds" under **Part A – Liability Coverage** of this personal auto coverage form:

**1.** The United States of America or any of its agencies; or

**2.** Any person with respect to "bodily injury" or "property damage" resulting from the operation of any auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any Civil action which may be brought for the "bodily injury" or "property damage".

**LIMIT OF LIABILITY**

**A.** If the limit of liability shown in the Declarations for this coverage is a single, each accident limit, our maximum limit of liability for all damages resulting from any one auto accident is equal to the limit of liability shown in the Declarations. This is the most we will pay regardless of the number of:

**1.** "Insureds";

**2.** Claims made;

**3.** Vehicles, other coverages, or premiums shown in the Declarations; or

**4.** Vehicles involved in the auto accident.

We will apply the limit of liability to provide any separate limits required by law for Bodily Injury and Property Damage Liability. However, this provision will not change our total limit of liability.

**B.** If the limit of liability shown in the Declarations for this coverage is a split, each person and each accident limit, the limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. The limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

**1.** "Insureds;"

**2.** Claims made;

**3.** Vehicles, other coverages, or premiums shown in the Declarations; or

**4.** Vehicles involved in the auto accident.

**C.** The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one accident.

This is the most we will pay regardless of the number of:

**1.** "Insureds;"

**2.** Claims made;

**3.** Vehicles, other coverages, or premiums shown in the Declarations; or

**4.** Vehicles involved in the accident.

**D.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

**1.** Part **B** or Part **C** of this coverage form; or

**2.** Any Underinsured Motorists Coverage provided by this coverage form.

**OUT OF STATE COVERAGE**

If an auto accident to which this coverage applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your coverage for that accident as follows:

**A.** If the state or province has:

**1.** A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your coverage form will provide the higher specified limit.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

2. A compulsory insurance . similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your coverage form will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this coverage form is certified as future proof of financial responsibility, this coverage form shall comply with the law to the extent required.

**OTHER INSUR. CE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any other collectible insurance.

## PART B – MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and
2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

**B.** "Insured" as used in this Part means:

1. You or any "family member":
   a. While "occupying"; or
   b. As a pedestrian when struck by;

   a motor vehicle designed for use mainly on public roads or a trailer of any type.
2. Any other person while "occupying" "your covered auto".

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.
2. Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion **(2.)** does not apply to a share-the-expense car pool.
3. Sustained while "occupying" any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".
5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by any "family member"; or
   b. Furnished or available for the regular use of any "family member".

   However, this Exclusion **(6.)** does not apply to you.
7. Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(7.)** does not apply to a "family member" using "your covered auto" which is owned by you.
8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion **(8.)** does not apply to "bodily injury" sustained while "occupying" a:
   a. Private passenger auto;
   b. Pickup or van; or
   c. "Trailer" used with a vehicle described in **a.** or **b.** above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. Nuclear reaction;
    b. Radiation; or
    c. Radioactive contamination.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

11. Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:
    a. Competing in; or
    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
   1. "Insureds";
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:
   1. Part **A** or Part **C** of this coverage form; or
   2. Any Underinsured Motorists Coverage provided by this coverage form.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C – UNINSURED MOTORISTS COVERAGE

**Please refer to your state's Uninsured Motorists Coverage form.** (This coverage applies unless you reside in a state that permits rejection of Uninsured Motorists coverage and you have chosen to reject this coverage.)

## PART D – COVERAGE FOR DAMAGE TO YOUR AUTO

**INSURING AGREEMENT**

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:
   1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

   If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

   Loss caused by the following is considered other than "collision":
   1. Missiles or falling objects;
   2. Fire;
   3. Theft or larceny;
   4. Explosion or earthquake;
   5. Windstorm;
   6. Hail, water or flood;
   7. Malicious mischief or vandalism;
   8. Riot or civil commotion;
   9. Contact with bird or animal; or
   10. Breakage of glass.

   If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:
   1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or
   2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:
      a. Breakdown;
      b. Repair;
      c. Servicing;
      d. Loss; or
      e. Destruction.

D. "Diminution in value" means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**TRANSPORTATION EXPENSES**

**A.** In addition, we will pay, without application of a deductible, up to a maximum of $900 for:

1. Temporary transportation expenses not exceeding $30 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:
   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.
2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:
   a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto".
   b. "Collision" only if the Declarations indicate that Collision Coverage is provided for any "your covered auto".

   However, the most we will pay for any expenses for loss of use is $30 per day.

**B.** Subject to the provisions of Paragraph **A.**, if the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:
   a. Beginning 24 hours after the theft; and
   b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.
2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

**EXCLUSIONS**

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion **(1.)** does not apply to a share-the-expense car pool.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.

   This Exclusion **(2.)** does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to any electronic equipment that reproduces, receives or transmits audio, visual or data signals. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;
   f. Personal computers;
   g. Video entertainment systems;
   h. Telephones;
   i. Televisions;
   j. Two-way mobile radios;
   k. Scanners; or
   l. Citizens band radios.

   This Exclusion **(4.)** does not apply to electronic equipment that is permanently installed in "your covered auto" or any "non-owned auto".
5. Loss to tapes, records, disks or other media used with equipment described in Exclusion **4.**
6. A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

   This Exclusion **(6.)** does not apply to the interests of Loss Payees in "your covered auto".
7. Loss to:
   a. A "trailer", camper body, or motor home, which is not shown in the Declarations; or

**PP 00 01 Z 01 05**

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**Page 9 of 13**

**Exhibit 1, pg. 96**

b. Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:

(1) Cooking, dining, plumbing or refrigeration facilities;

(2) Awnings or cabanas; or

(3) Any other facilities or equipment used with a "trailer", camper body, or motor home.

This Exclusion (7.) does not apply to a:

a. "Trailer", and its facilities or equipment, which you do not own; or

b. "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:

(1) Acquire during the coverage period; and

(2) Ask us to insure within 30 days after you become the owner.

8. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

9. Loss to equipment designed or used for the detection, location, or jamming of radar or laser equipment.

10. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

a. Selling;

b. Repairing;

c. Servicing;

d. Storing; or

e. Parking;

vehicles designed for use on public highways. This includes road testing and delivery.

11. Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

12. Loss to, or loss of use of, a "non-owned auto" rented by:

a. You; or

b. Any "family member";

if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

13. Loss to "your covered auto" or any "non-owned auto" due to "diminution in value".

**LIMIT OF LIABILITY**

A. Our limit of liability for loss will be the lesser of the:

1. Actual cash value of the stolen or damaged property; or

2. Amount necessary to repair or replace the property with other property of like kind and quality.

The cost of repair or replacement is based upon:

a. The cost of repair agreed upon by you and us; or

b. The lower of:

(1) A competitive bid approved by us; or

(2) A written estimate based upon the prevailing competitive rate. The prevailing competitive rate means labor rates, parts prices and material prices charged by a substantial number of repair facilities in the area where the car is repaired, as determined by a survey made by us. If you ask, we will identify some facilities that perform the repairs at the prevailing competitive rate.

However, the most we will pay for loss to:

1. Any "non-owned auto" which is a trailer is $5,000.

2. Electronic equipment that reproduces, receives or transmits audio, visual or data signals, which is permanently installed in the auto in locations not used by the auto manufacturer for installation of such equipment, is $2,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

D. Our payment for loss will be reduced by any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" results from the same "collision" only the highest deductible will apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or
2. The address shown in this coverage form.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

**WAIVER OF COLLISION DEDUCTIBLE**

If a "collision" occurs between an auto insured for "collision" under this coverage form and another auto insured by this company, the "collision" deductible does not apply. However, this waiver does not apply if both autos involved in the "collision" are either owned by, operated by, under the control of, or in the possession of the "named insured" or a resident of the "named insured's" household.

**NO BENEFIT TO BAILEE**

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

**APPRAISAL**

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   1. Pay its chosen appraiser; and
   2. Bear the expenses of the appraisal and umpire equally.
B. We do not waive any of our rights under this coverage form by agreeing to an appraisal.

## PART E – DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this coverage form if the failure to comply with the following duties is prejudicial to us:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.
B. A person seeking any coverage must:
   1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
   2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
   3. Submit, as often as we reasonably require:
      a. To physical exams by physicians we select. We will pay for these exams.
      b. To examination under oath and subscribe the same.
   4. Authorize us to obtain:
      a. Medical reports; and
      b. Other pertinent records.
   5. Submit a proof of loss when required by us.
C. A person seeking Uninsured Motorists Coverage must also:
   1. Promptly notify the police if a hit-and-run driver is involved.
   2. Promptly send us copies of the legal papers if a suit is brought.
D. A person seeking Coverage For Damage To Your Auto must also:
   1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
   2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
   3. Permit us to inspect and appraise the damaged property before its repair or disposal.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

## PART F – GENERAL PROVISIONS

**BANKRUPTCY**

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this coverage form.

**CHANGES**

**A.** This coverage form contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** If there is a change to the information used to develop the premium, we may adjust your premium. Changes during the coverage term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;
2. Operators using insured vehicles;
3. The place of principal garaging of insured vehicles;
4. Coverage, deductible or limits.

If a change resulting from **A.** or **B.** requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**C.** If we make a change which broadens coverage under this edition of your coverage form without additional premium charge, that change will automatically apply to your coverage as of the date we implement the change in your state. This Paragraph **(C.)** does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your coverage form; or
2. An Amendatory Endorsement.

**FRAUD**

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this coverage form.

**LEGAL ACTION AGAINST US**

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this coverage form. In addition, under Part **A**, no legal action may be brought against us until:

1. We agree in writing that the "insured" has an obligation to pay; or
2. The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this coverage form to bring us into any action to determine the liability of an "insured".

**OUR RIGHT TO RECOVER PAYMENT**

**A.** If we make a payment under this coverage form and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

However, our rights in this Paragraph **(A.)** do not apply under Part **D**, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this coverage form and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

**COVERAGE PERIOD AND TERRITORY**

**A.** This coverage applies only to accidents and losses which occur:

1. During the coverage period as shown in the Declarations; and
2. Within the coverage territory.

**B.** The coverage territory is:

1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.

This coverage form also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

**TERMINATION**

**A. Cancellation**

This coverage form may be cancelled during the coverage period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. Returning this coverage form to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this coverage form:
   a. At least 10 days notice:
      (1) If cancellation is for nonpayment of premium; or

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

(2) If notice is mailed during the first 60 days this coverage is ffect and this is not a renewal; or

b. At least 20 days notice in all other cases.

3. After this coverage is in effect for 60 days, or if this is a renewal, we will cancel only:

a. For nonpayment of premium; or

b. If your driver's license or that of:

(1) Any driver who lives with you; or

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred:

(1) During the coverage period; or

(2) Since the last anniversary of the original effective date; or

c. If this coverage form was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew this coverage, we will mail notice of our intent to the named insured at the address shown in the Declarations.

Notice will be mailed at least 20 days before the end of the coverage period. Subject to this notice requirement, we may exercise our right not to renew this coverage only at each annual anniversary date of the coverage form.

**C. Automatic Termination**

If we offer to renew and you or your representative do not accept, this coverage will automatically terminate at the end of the current coverage period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this coverage form will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

1. We n deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this coverage form is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the coverage period.

**TRANSFER OF YOUR INTEREST IN THIS COVERAGE FORM**

A. Your rights and duties under this coverage form may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the coverage period.

**TWO OR MORE AUTO COVERAGE FORMS OR AUTO POLICIES**

If this coverage form and any other auto insurance coverage form or policy issued to you by us applies to the same accident, the maximum limit of our liability under all auto coverage forms or policies shall not exceed the highest applicable limit of liability under any one auto coverage form or policy.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT CHANGES THE PERSONAL AUTO POLICY. PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## AMENDMENT OF POLICY PROVISIONS – IOWA

**I. Definitions**

The following are added to the **Definitions** Section:

**A.** Throughout this coverage form, "minimum limits" refers to the following limits of liability, as required by Iowa law, to be provided under a policy of automobile liability insurance:

**1.** $20,000 for each person, subject to $40,000 for each accident, with respect to "bodily injury"; and

**2.** $15,000 for each accident with respect to "property damage".

**B.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**II. Part A – Liability Coverage**

Part **A** is amended as follows:

**A.** Supplementary Payment 6. is replaced by the following:

**6.** In the event of a covered auto accident, expenses up to $1,000 for first aid to persons other than an "insured" provided at the accident scene.

**B.** The following is added to the Supplementary Payments provision:

**7.** Up to $1,000 for fire or police department fees charged to the "insured" for services provided at the scene of a covered auto accident.

**C.** Exclusion **A.5.** is replaced by the following:

We do not provide Liability Coverage for any "insured":

**5.** For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This includes but is not limited to any period of time that "insured" is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion **(A.5.)** does not apply to a share-the-expense car pool.

**D.** The following exclusion **(A.11)**is added:

We do not provide Liability Coverage for any "insured":

**11.** For "bodily injury" to you or any "family member".

**E.** The following Exclusion **(B.5.)** is added:

We do not provide Liability Coverage for the ownership, maintenance or use of:

**5.** "Your covered auto" while:

**a.** Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

**b.** Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

**III. Part B - Medical Payments Coverage**

**A.** Exclusion **2.** is replaced by the following:

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

**2.** Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time that "insured" is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion **(2.)** does not apply to a share-the-expense car pool.

**B.** The following exclusion is added:

We do not provide Medical Payments Coverage for any "insured" for "bodily injury" sustained while "occupying", or when struck by, "your covered auto" while:

**1.** Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

**2.** Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

**IV. Part D - Coverage for Damage To Your Auto**

Part **D**. is amended as follows:

**A.** Exclusion **1.** is replaced by the following:

We will not pay for:

**1.** Loss to "your covered auto" or any "nonowned auto" which occurs while it is being used as a public or livery conveyance. This includes but is not limited to any period of time while it is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion **(1.)** does not apply to a share-the-expense car pool.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

B. The following exclusion e added:

We will not pay for:

1. Loss to "your covered auto" which occurs while:
   a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and
   b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".
2. Loss to, or loss of use of, a "non-owned auto" used by:
   a. You; or
   b. Any "family member";

   in connection with a personal vehicle sharing program if the provisions of such a personal vehicle sharing program preclude the recovery of such loss or loss of use, from you or that "family member", or if otherwise precluded by any state law.

V. **Part F – General Provisions**

Part **F** is amended as follows:

A. The **Legal Action Against Us** Provision is replaced by the following:

**LEGAL ACTION AGAINST US**

1. No legal action may be brought against us until there has been full compliance with all the terms of this coverage form. In addition, under Part **A**, no legal action may be brought against us until:
   a. We agree in writing that the "insured" has an obligation to pay; or
   b. The amount of that obligation has been finally determined by judgment after trial. However, if the judgment is returned unsatisfied, the judgment creditor may then maintain legal action against us to the same extent that such "insured" could have enforced their claim against us had the "insured" paid such judgment for the amount of the obligation that does not exceed the limits of applicable coverage under this coverage form.
2. No person or organization has any right under this coverage form to bring us into any action to determine the liability of an "insured".

B. Paragra 3. of the **Our Right To Recover Payment** rovision is replaced by the following:

If we make a payment under this coverage form, and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment less reasonable attorneys' fees, costs and expenses incurred by that person in collecting our share of the recovery.

C. The **Termination** Provision is replaced by the following:

**TERMINATION**

**Cancellation**

This coverage form may be cancelled during the coverage period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. Returning this coverage form to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this coverage form:
   a. At least 10 days notice if cancellation is for nonpayment of premium; or
   b. At least 30 days notice in all other cases.
3. When this coverage is in effect for 60 days or more, or if this is a renewal, we will cancel only:
   a. For nonpayment of premium; or
   b. If your driver's license or that of:
      (1) Any driver who lives with you; or
      (2) Any driver who customarily uses "your covered auto";

      has been suspended or revoked. This must have occurred:

      (1) During the coverage period; or
      (2) Since the last anniversary of the original effective date; or
   c. If the coverage was obtained through material misrepresentation.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**Nonrenewal**

If we decide not to renew this coverage, we will mail notice of our intent to the named insured at the address shown in the Declarations.

Notice will be mailed at least 30 days before the end of the coverage period. Subject to this notice requirement, we may exercise our right not to renew this coverage only at each annual anniversary date of the coverage form.

**Automatic Termination**

If we offer to renew and you or your representative do not accept, this coverage will automatically terminate at the end of the current coverage period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this coverage form will terminate as to that auto on the effective date of the other insurance.

**Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.
2. If this coverage form is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
3. The effective date of cancellation stated in the notice shall become the end of the coverage period.

**D.** The following provision is added:

**JOINT AND INDIVIDUAL INTERESTS**

If there is more than one named insured on this policy, any named insured may cancel or change this policy. The action of one named insured shall be binding on all persons provided coverage under this policy.

All other Personal Auto Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

# HOME AND HIGHWAY®

## IMPORTANT NOTICE
## REGARDING UNINSURED/UNDERINSURED MOTORIST COVERAGE

If your auto coverage form contains Uninsured or Underinsured motorist coverages, these coverages do not cover damage done to your vehicle. They provide benefits only for bodily injury caused by an uninsured or underinsured motorist. If you wish to be insured for damage done to your vehicle, you must have collision coverage or Uninsured Motorist Property Damage Coverage. Please check your auto coverage form to make sure you have the coverage desired.

## HOME AND HIGHWAY

## WINDSHIELD REPAIR NOTICE

# SAVE $$$ ON WINDSHIELD REPAIRS

Now there's an easy way to save money on glass repairs! Here's how:

If your windshield chips, cracks, or breaks, contact our **Clear Vision Program** at 1-877-922-5246 **immediately**. A glass repair firm will determine if the windshield can be repaired or if it must be replaced.

If you have other than collision (comprehensive) coverage on your auto coverage form, West Bend Mutual Insurance Company will pay the cost to repair your windshield, including the deductible you would normally pay! You'll only pay the deductible if the windshield must be replaced.

If you let a windshield crack get longer than six inches, it may be too late to repair. Choose the easier, safer, and less expensive solution! Repair small cracks, chips, or breaks **NOW** at no cost to you, or replace the entire windshield later…and pay.

**Please report all auto glass claims to 1-877-922-5246.**

HOME AND HIGHWAY®

# IMPORTANT NOTICE
# PAYMENT FOR AFTERMARKET CRASH PARTS

Iowa's Commissioner of Insurance has requested that you be advised of the following circumstance:

Physical damage coverage under this policy includes payment for aftermarket crash parts. If you repair the vehicle using more expensive original equipment manufacturer (OEM) parts, you may pay the difference. Any warranties applicable to these replacement parts are provided by the manufacturer or distributor of these parts rather than the manufacturer of your vehicle.

PLEASE READ IT CAREFULLY.

# HOME AND HIGHWA``®

## UNINSURED MOTORISTS COVERAGE – IOWA (NON-STACKED)

### INSURING AGREEMENT

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury" caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "Insured" as used in this Part means:

1. You or any "family member".
2. Any other person "occupying" "your covered auto".
3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond, policy or coverage form applies at the time of the accident.
2. To which a bodily injury liability bond, policy or coverage form applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the Iowa financial responsibility law.
3. Which is a hit-and-run vehicle whose owner or operator cannot be identified and which hits:
   a. You or any "family member";
   b. A vehicle which you or any "family member" are "occupying"; or
   c. "Your covered auto".
4. To which a bodily injury liability bond, policy or coverage form applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
2. Owned by any governmental unit or agency.
3. Operated on rails or crawler treads except a snowmobile while such snowmobile is actually upon public roads.
4. Designed mainly for use off public roads while not on public roads.
5. While located for use as a residence or premises.

### EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage by this coverage form. This includes a trailer of any type used with that vehicle.
2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy or coverage form.

**B.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim and such settlement prejudices our right to recover payment.
2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time that "insured" is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This Exclusion **(B.2.)** does not apply to a share-the-expense car pool.
3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.
4. While "occupying", or when struck by, "your covered auto" while:
   a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and
   b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

**LIMIT OF LIABILITY**

A. If the limit of liability shown in the Declarations for this coverage is a single, each accident limit the following applies, except as provided in **B.** below.

The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

B. If Uninsured Motorists Coverage is payable because liability coverage for "your covered auto" under Part **A** of this coverage form is excluded for damages sustained in the accident:

Our maximum limit of liability for all damages resulting from any one accident is that part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations that does not exceed the minimum limits specified in the financial responsibility law of Iowa. This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

C. If the limit of liability shown in the Declarations for this coverage is a split, each person and each accident limit the following applies, except as provided in **D.** below.

1. The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident.
2. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

a. "Insureds";
b. Claims made;
c. Vehicles or premiums shown in the Declarations; or
d. Vehicles involved in the accident.

D. If the Uninsured Motorists Coverage is payable because liability coverage for "your covered auto" under Part **A** is excluded for damages sustained in the accident:

1. That part of the limit of liability shown for each person for Uninsured Motorists Coverage in the Declarations that does not exceed the minimum limit specified in the financial responsibility law of Iowa, is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident.
2. Subject to this limit for each person, that part of the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage that does not exceed the minimum limit specified in the financial responsibility law of Iowa is our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

a. "Insureds";
b. Claims made;
c. Vehicles or premiums shown in the Declarations; or
d. Vehicles involved in the accident.

E. The limit of liability shall be reduced by all sums:

1. Paid because of the "bodily injury" by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Part **A**; and
2. Paid or payable because of the "bodily injury" under any of the following:

a. Workers' compensation law; or
b. Disability benefits law.

F. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A** or Part **B** of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**G.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**H.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**OTHER INSURANCE**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided by this Part of the coverage form:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any collectible insurance providing such coverage on a primary basis.
3. If the coverage under this coverage form is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

All other Personal Auto Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.

THIS ENDORSEMENT CHANGES THE PERSONAL AUTO COVERAGE.
PLEASE READ THIS CAREFULLY.

# HOME AND HIGHWAY®
## UNDERINSURED MOTORISTS COVERAGE – IOWA (NON-STACKED)

With respect to the coverage provided by this endorsement, the provisions of the personal auto coverage form apply unless modified by the endorsement.

### INSURING AGREEMENT

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle" because of "bodily injury" caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "underinsured motor vehicle".

**B.** "Insured" as used in this endorsement means:

1. You or any "family member".
2. Any other person "occupying" "your covered auto".
3. Any person for damages that person is entitled to recover because of bodily injury to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C.** "Underinsured motor vehicle" means a land motor vehicle or trailer of any type to which a bodily injury liability bond, policy or coverage form applies at the time of the accident but its limit for bodily injury liability is either:

1. Not enough to pay the full amount the "insured" is legally entitled to recover as damages; or
2. Reduced by payments to others injured in the accident to an amount which is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle or equipment:

1. To which a bodily injury liability bond, policy or coverage form applies at the time of the accident but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the financial responsibility law of Iowa.
2. Owned by or furnished or available for the regular use of you or any "family member".
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not upon public roads.
6. While located for use as a residence or premises.
7. Owned or operated by a person qualifying as a self-insurer under any applicable motor vehicle law.
8. To which a bodily injury liability bond, policy or coverage form applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

### EXCLUSIONS

**A.** We do not provide Underinsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. While "occupying", or when struck by, any motor vehicle owned by you which is not insured for this coverage by this coverage form. This includes a trailer of any type used with that vehicle.
2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time that "insured" is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This Exclusion **(A.2.)** does not apply to a share-the-expense car pool.
3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(A.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.
4. While "occupying", or when struck by, "your covered auto" while:
   a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and
   b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

**B.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

Includes material copyrighted by ISO with its permission.

**C.** We do not provide Underinsured Motorists Coverage for punitive or exemplary d ages.

**LIMIT OF LIABILITY**

**A.** If the limit of liability shown in the Declarations for Underinsured Motorists Coverage is a single, each accident limit, the following applies:

The limit of liability shown in the Declarations for Underinsured motorists Coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

**B.** If the limit of liability shown in the Declarations for this coverage is a split, each person and each accident limit, the following applies:

The limit of liability shown in the Declarations for each person for Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A**, Part **B** or Part **C** of this coverage form.

**D.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**E.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**F.** We will reduce the "insureds" total damages by any amount avail e to that "insured", under any bodily injury liab bonds, policies or coverage forms applicable to the "underinsured motor vehicle", that such "insured" did not recover as a result of a settlement between that "insured" and the insurer of an "underinsured motor vehicle". However, any reduction of the "insureds" total damages will not reduce the limit of liability of this coverage.

This paragraph **(F.)** shall not apply if we advance payment to the "insured" in an amount equal to the tentative settlement with the insurer of the "underinsured motor vehicle".

**OTHER INSURANCE**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided by this endorsement:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any collectible insurance providing such coverage on a primary basis.
3. If the coverage under this coverage form is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**ADDITIONAL DUTIES**

Any person seeking coverage under this endorsement must also promptly:

1. Send us copies of the legal papers if a suit is brought; and
2. Notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**GENERAL PROVISIONS**

The following is added to the **Our Right To Recover Payment** Provision of Part **F:**

**OUR RIGHT TO RECOVER PAYMENT**

Our rights do not apply under Paragraph **A.** with respect to Underinsured Motorists Coverage if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and
2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advance payment.

With respect to Underinsured Motorists Coverage, we shall be entitled to a recovery under Paragraph **A.** and Paragraph **B.** only after the person has been fully compensated for damages.

All other Personal Auto Coverage Form provisions apply.

Includes material copyrighted by ISO with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

THIS ENDORSEMENT ANGES THE PERSONAL LIABIL UMBRELLA COVERAGE. PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®

## PERSONAL UMBRELLA LIABILITY COVERAGE FORM AMENDMENT OF COVERAGE FORM PROVISIONS – IOWA

**SECTION I - DEFINITIONS**

Section **I** is amended as follows:

**A.** Definitions **R.** and **S.** are added:

**R.** "Occupying" means:

**1.** In;

**2.** Upon; or

**3.** Getting in, on, out or off.

**S.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**SECTION II - COVERAGES**

Section **II** is amended as follows:

**A.** Paragraph **F.** is added:

**F. Aggregate Limit of Liability**

Our total liability in an annual policy period under "Personal Injury" Coverage for all damages resulting from the total of all offenses during the policy period will not be more than the limit of liability shown in the Declarations for Personal Umbrella Liability. This limit is the most we will pay regardless of the number of "insureds", offenses, claims made, or suits brought.

**SECTION III – EXCLUSIONS**

Section **III** is amended as follows:

**A.** Paragraph **f.** is added to Exclusion **A.3.**

**f.** The extent that "business" coverage is provided by "your" underlying Home and Highway homeowners coverage form or other "underlying insurance" shown in "your" Home and Highway Umbrella Declarations at the time of the "occurrence".

**B.** The following is added to Exclusion **A.4.**:

This exclusion **(A.4.)** includes but is not limited to any period of time an "auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "auto".

**C.** Exclusion **A.8.** is deleted and replaced by the following:

The coverages provided by this coverage form do not apply to:

**8.** "Watercraft Liability".

However, this Exclusion **(A.8.)** does not apply with respect to any watercraft:

**a.** Owned by you or a "family member" to the extent that "watercraft liability" is provided by "your" underlying Home and Highway homeowner coverage form or other "underlying insurance" shown in "your" Home and Highway Umbrella Declarations at the time of the "occurrence"; or

**b.** That you or a "family member" do not own;

**D.** Exclusion **A.9.** is deleted and replaced by the following:

The coverages provided by this coverage form do not apply to:

**9.** "Recreational Motor Vehicle Liability".

However, this Exclusion **(A.9.)** does not apply with respect to any "recreational motor vehicle":

**a.** Owned by you or a "family member" to the extent that "recreational motor vehicle coverage" is provided by "your" underlying Home and Highway homeowner coverage form or other "underlying insurance" shown in "your" Home and Highway Umbrella Declarations at the time of the "occurrence"; or

**b.** That you or a "family member" do not own;

**E.** Exclusion **A.14.** is deleted and replaced by the following:

The coverages provided by this coverage form do not apply to:

**14.** "Bodily injury" or "personal injury" arising out of:

**a.** The transmission of a communicable disease by an "insured";

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

b. Sexual molestation, corporal punishment or physical or mental abuse. However, this Exclusion does not apply to corporal punishment to the extent that coverage for corporal punishment is provided by "your" underlying Home and Highway homeowners coverage form or other "underlying insurance" shown in "your" Home and Highway Umbrella Declarations at the time of the "occurrence"; or

c. The use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this Exclusion **(A.14.)** does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

**F.** Exclusion **A.17.** is deleted and replaced by the following:

**17.** "Property damage" to property rented to, occupied or used by, or in the care, custody or control of, an "insured" to the extent that the "insured" is obligated by contract to provide insurance for such property. However, this Exclusion **(A.17.)** does not apply to "property damage":

a. Caused by fire, smoke or explosion; or

b. To a borrowed or rented vehicle, or

c. To a residence or private garage for which an "insured" becomes legally responsible because of an auto accident.

**G.** Exclusion **A.24.** is added:

The coverages provided by this coverage form do not apply to:

**24.** Any "Auto".

However, this Exclusion **(A.24.)** does not apply with respect to any "auto":

a. To the extent that "auto" coverage is provided by "your" underlying Home and Highway automobile coverage form or other "underlying insurance" shown in "your" Home and Highway Umbrella Declarations at the time of the "occurrence";

**H.** Exclusion **A.25.** is added:

25. "Bodily Injury" or "property damage" arising out of the ownership, maintenance or use of an "auto" while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

**SECTION VI – GENERAL PROVISIONS**

Section **VI** is amended as follows:

**A.** The **Suit Against Us** Provision is replaced by the following:

**J. Suit Against Us**

**1.** No legal action can be brought against us:

a. Unless there has been full compliance with all of the terms of this coverage form; and

b. Until the obligation of the "insured" has been determined by final judgment or by agreement signed by us. However, if a final judgment is returned unsatisfied, the judgment creditor may then maintain legal action against us to the same extent that such "insured" could have enforced their claim against us had the "insured" paid such judgment for the amount of the obligation that does not exceed the limits of applicable coverage under this coverage form.

**2.** No person or organization has any right under this coverage form to join us as a party to any legal action against an "insured".

The **Termination** provision is replaced by the following:

**K. Termination**

**1. Cancellation By You**

You may cancel this coverage form by:

a. Returning it to us; or

b. Giving us advance written notice of the date cancellation is to take effect.

**2. Cancellation By Us**

We may cancel this coverage as stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

**b.** When this coverage has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation is to take effect.

**c.** When this coverage has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel for the following reasons.

**(1)** For failure to pay dues or fees where payment of dues or fees is a prerequisite to obtaining or continuing insurance coverage in force;

**(2)** Discovery of fraud or material misrepresentation made by or with your knowledge in obtaining, continuing or presenting a claim under this coverage;

**(3)** Actions by an insured which substantially change or increase the risk insured;

**(4)** The insured has acted in a manner which such insured knew or should have known was in violation or breach of a term or condition of this coverage; or

**(5)** The occurrence of a change in the risk that substantially increases a hazard insured against after the coverage has been issued or renewed.

**3. Nonrenewal**

We may elect not to renew this coverage. We may do so by delivering to you, or mailing to you at the last known address by us, written notice at least 30 days before the expiration date of this coverage. Proof of mailing will be sufficient proof of notice.

**4. Other Termination Provisions**

**a.** When this coverage is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**b.** If the return premium is not refunded with the notice of cancellation or when this coverage form is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

All other Personal Liability Umbrella Coverage Form provisions apply.

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

# HOME AND HIGHWAY®
# PERSONAL UMBRELLA LIABILITY
# COVERAGE FORM

This is a **legal contract** between the insured and the company. The index below provides a brief outline of some of the important features of **your** coverage. This is not the insurance contract and only the actual coverage provisions will apply. The coverage form itself sets forth in detail the rights and obligations of both **you** and **your** insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR COVERAGE FORM CAREFULLY.

**AGREEMENT** .......... 1

**DEFINITIONS** .......... 1

**COVERAGES** .......... 3

**EXCLUSIONS** .......... 4

**REQUIRED UNDERLYING INSURANCE LIMITS** .......... 7

**DUTIES AFTER LOSS** .......... 8

**GENERAL PROVISIONS** .......... 8

# PERSONAL UMBRELLA LIABILITY COVERAGE FORM

## AGREEMENT

In return for payment of the premium and subject to all the terms of this coverage form, we agree with you as follows:

**I. Definitions**

**A.** Throughout this coverage form, "you" and "your" refer to:

**1.** The "named insured" shown in the Declarations; and

**2.** The spouse if a resident of the same household.

**B.** "We", "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this coverage, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

**1.** Under a written agreement to that person; and

**2.** For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

**D.** "Aircraft Liability", "Hovercraft Liability", "Recreational Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **2.** below, mean the following:

**1.** Liability for "bodily injury" or "property damage" arising out of:

**a.** The ownership of such vehicle or craft by an "insured";

**b.** The maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**c.** The entrustment of such vehicle or craft by an "insured" to any person;

**d.** The failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**e.** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**2.** For the purpose of this definition:

**a.** Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

**b.** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**c.** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**d.** Recreational Motor Vehicle means a "recreational motor vehicle" as defined in Paragraph **N.**

**E.** "Auto" means:

**1.** A private passenger motor vehicle, motorcycle or motor home;

**2.** A vehicle designed to be pulled by a private passenger motor vehicle or motor home; or

**3.** A farm tractor, trailer and implements; or

**4.** Golf carts when licensed for road use.

But "auto" does not include any of the following general types of mobile equipment, including attached machinery and equipment:

**1.** Crane, well driller, road grader and other similar road machinery; or

**2.** Crawler tractor.

**F.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

"Bodily injury" does not include:

**1.** Any of the following which are communicable; disease, bacteria, parasite, virus or other organism which are transmitted by any "insured" to any other person;

**2.** The exposure to any such communicable disease, bacteria, parasite, virus or other organism; or

**3.** Emotional or mental distress, mental anguish, mental injury or any similar injury unless it arises out of actual bodily harm to a person.

**G.** "Business" means:

**1.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

2. Any other activity engaged in for money or other compensation, except the following:
   a. One or more activities, not described in **b.** through **d.** below, for which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the coverage period;
   b. Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;
   c. Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or
   d. The rendering of home day care services to a relative of an "insured".

**H.** "Family member" means a resident of your household who is:

1. Your relative, including a ward or foster child; or
2. Under the age of 21 and in the care of you or an "insured" who is age 21 or over.

**I.** "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, in any form, including, but not limited to lead, asbestos, formaldehyde, radon, any controlled chemical substance, or any other substance identified as a "pollutant" by any governmental agency. It also includes smoke, vapor, soot, fumes, alkalis, chemicals, garbage, refuse and waste. Waste includes material to be recycled, reconditioned or reclaimed.

**J.** "Insured" means:

1. You.
2. A "family member".
3. Any person using an "auto", "recreational motor vehicle", or watercraft, which is owned by you and covered by this coverage form. Any person using a temporary substitute for such "auto" or "recreational motor vehicle" is also an "insured".
4. Any other person or organization but only with respect to the legal responsibility for acts or omissions of you or any "family member" while you or any "family member" is using an "auto" or "recreational motor vehicle" covered by this coverage form. However, the owner or lessor of an "auto" or "recreational motor vehicle" loaned to or hired for use by an "insured" or on an "insured's" behalf, is not an "insured".
5. With respect to animals owned by you or any "family member", any person or organization legally responsible for such animals. However, a person or organization using or having custody of such animals in the course of any "business" or without the consent of the owner is not an "insured".

**K.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the coverage period, in:

1. "Bodily injury"; or
2. "Property damage".

**L.** "Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the coverage period:

1. False arrest, detention or imprisonment;
2. Malicious prosecution;
3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
4. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or
5. Oral or written publication of material that violates a person's right of privacy.

**M.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**N.** "Recreational motor vehicle" means:

1. All-terrain vehicle;
2. Dune buggy;
3. Golf cart;
4. Snowmobile; or
5. Any other motorized land vehicle which is designed for recreational use off public roads.

**O.** "Retained limit" means:

1. The total limits of any "underlying insurance" and any other insurance that applies to an "occurrence" or offense which:
   a. Are available to an "insured"; or
   b. Would have been available except for the bankruptcy or insolvency of an insurer providing "underlying insurance"; or

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

2. The deductible, if any, as stated in the Declarations, if the "occurrence" or offense:
   a. Is covered by this coverage form; and
   b. Is not covered by "underlying insurance" or any other insurance.

P. "Underlying insurance" means any coverage providing the "insured" with primary insurance covering one or more of the types of liability listed in part IV. Required Underlying Insurance Limits and at limits no less than the Minimum Required Underlying Limits shown for those types of coverage.

Q. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by products produced or released by fungi.

However, this does not include any fungi that are, are on, or contained in, a good or product intended for consumption.

## II. Coverages

### A. Insuring Agreement

We will pay damages, in excess of the "retained limit", for:

1. "Bodily injury" or "property damage" for which an "insured" becomes legally liable due to an "occurrence" to which this insurance applies; and
2. "Personal injury" for which an "insured" becomes legally liable due to one or more offenses listed under the definition of "personal injury" to which this insurance applies.

Damages include prejudgment interest awarded against an "insured".

### B. Defense Coverage

1. If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" or "personal injury" caused by an offense to which this coverage applies, we:
   a. Will provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. However, we are not obligated to defend any suit or settle any claim if:
      (1) The "occurrence" or offense is covered by other "underlying insurance" available to the "insured"; or
      (2) There is no applicable "underlying insurance" in effect at the time of the "occurrence" or offense and the amount of damages claimed or incurred is less than the applicable deductible amount shown in the Declarations.
   b. May join, at our expense, with the "insured" or any insurer providing "underlying insurance" in the investigation, defense or settlement of any claim or suit which we believe may require payment under this coverage.

      However, we will not contribute to the costs and expenses incurred by any insurer providing "underlying insurance"; and
   c. Will pay any expense incurred for the "insured's" defense, with our written consent, in any country where we are prevented from defending an "insured" because of laws or other reasons.
2. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" or offense has been exhausted by payment of judgments or settlements.

### C. Coverage For Newly Acquired Autos, Recreational Vehicles Or Watercraft

"We" will cover "your" newly acquired "autos", "recreational vehicles" or watercraft as follows:

1. When covered by West Bend Mutual Insurance Company "underlying insurance", when "you" have notified "us" prior to the coverage renewal date; or
2. When covered by other "underlying insurance", "you" must notify "us" within 30 days of acquisition.

### D. Additional Coverages

We will pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;
2. Premiums on bonds required in a suit we defend, but not for bond amounts to the extent they exceed our limit of liability. We need not apply for or furnish any bond; and
3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

WB 2257 10 09 Page 3 of 10

Exhibit 1, pg. 119

4. Interest on our share of the judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court, that part of the judgment which does not exceed the limit of liability that applies; and

5. Up to $100,000 for "your" share of special loss assessments charged during the coverage period and levied against "you", as an owner or tenant by a corporation or association of property owners in accordance with the bylaws or governing rules of the association. The assessment must arise from an "occurrence" covered by this coverage form. This coverage applies only to assessments in excess of the "retained limit".

These payments will not reduce the limit of liability.

**E. Limit Of Liability**

Our total liability under this coverage form for all damages resulting from any one "occurrence" or offense will not be more than the limit of liability as shown in the Declarations. This limit is the most we will pay regardless of the number of "insureds", claims made, persons injured, or vehicles involved in an accident.

**III. Exclusions**

**A.** The coverages provided by this coverage form do not apply to:

1. "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   **a.** Is of a different kind, quality or degree than initially expected or intended; or

   **b.** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion **(A.1.)** does not apply to:

   **a.** "Bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property; or

   **b.** "Bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to prevent or eliminate danger in the operation of "autos", "recreational motor vehicles" or watercraft;

2. "Personal injury":

   **a.** Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

   **b.** Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

   **c.** Arising out of oral or written publication of material whose first publication took place before the beginning of the coverage period;

   **d.** Arising out of a criminal act committed by or at the direction of an "insured"; or

   **e.** Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

3. "Bodily injury", "personal injury" or "property damage" arising out of or in connection with a "business":

   **a.** Engaged in by an "insured"; or

   **b.** Conducted from:

      **(1)** Any part of a premises owned by or rented to an "insured"; or

      **(2)** Vacant land owned by or rented to an "insured".

   This Exclusion **(A.3.)** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   However, this Exclusion **(A.3.)** does not apply to:

   **a.** The rental or holding for rental of:

      **(1)** The residence premises shown in the Declarations:

         **(a)** On an occasional basis if used only as a residence;

         **(b)** In part, for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

         **(c)** In part, as an office, school, studio or private garage;

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

    (2) Any part of one to four family dwelling other than the residence premises to the extent that personal liability coverage is provided by "underlying insurance";

(3) A condominium, cooperative, or apartment unit other than the residence premises to the extent that personal liability coverage is provided by "underlying insurance";

b. Civic or public activities performed by an "insured" without compensation other than reimbursement of expenses;

c. An insured minor involved in self-employed "business" pursuits, which are occasional or part-time and customarily undertaken on that basis by minors. A minor means a person who has not attained his or her:

(1) 18th birthday; or

(2) 21st birthday if a full-time student;

d. The use of an "auto" you own, or a temporary substitute for such "auto", by you, a "family member" or a partner, agent or employee of you or a "family member" while employed or otherwise engaged in the "business" of:

(1) Selling;

(2) Repairing;

(3) Servicing;

(4) Storing; or

(5) Parking;

vehicles designed for use mainly on public highways;

e. The use of an "auto" for "business" purposes, other than an auto business, by an "insured";

4. "Bodily injury" or "property damage" arising out of the ownership or operation of an "auto" while it is being used as a public or livery conveyance. This Exclusion **(A.4.)** does not apply to a share-the-expense car pool;

5. "Bodily injury", "personal injury" or "property damage" arising out of the rendering of or failure to render professional services;

6. "Aircraft Liability";

7. "Hovercraft Liability";

8. "Watercraft Liability".

However, this Exclusion **(A.8)** does not apply to the extent that watercraft coverage is provided by "underlying insurance" at the time of the "occurrence";

9. "Reci .onal Motor Vehicle Liability".

However, this Exclusion **(A.9.)** does not apply with respect to any "recreational motor vehicle":

a. Owned by you or a "family member" to the extent that "recreational motor vehicle" coverage is provided by "underlying insurance" at the time of the "occurrence"; or

b. That you or a "family member" do not own;

10. "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

11. A person using an "auto", "recreational motor vehicle" or watercraft without a reasonable belief that that person is entitled to do so. This Exclusion **(A.11.)** does not apply to a "family member" using an "auto", "recreational motor vehicle" or watercraft you own;

12. The use of "autos", "recreational motor vehicles" or watercraft while they are being operated in, or practicing for, any prearranged or organized race, speed contest or other similar competition. However, this Exclusion **(A.12.)** does not apply to:

a. Sailboats; or

b. Watercraft involved in predicted log cruises;

13. "Bodily injury" or "personal injury" to you or a "family member".

This exclusion also applies to any claim made or suit brought:

a. To repay; or

b. Share damages with;

another person who may be obligated to pay damages because of "bodily injury" or "personal injury" to you or a "family member";

14. "Bodily injury" or "personal injury" arising out of:

a. The transmission of a communicable disease by an "insured";

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
WB 2257 10 09 © ISO Properties, Inc., 2006 Page 5 of 10

Exhibit 1, pg. 121

**b.** Sexual molestation, corporal punishment or physical or mental abuse; or

**c.** The use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this Exclusion **(A.14.)** does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

**15.** "Bodily injury", "personal injury" or "property damage" arising out of an act or omission of an "insured" as an officer or member of a board of directors of a corporation or organization. However, this Exclusion **(A.15.)** does not apply if the corporation or organization is not-for-profit and the "insured" receives no compensation other than reimbursement of expenses;

**16.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from the residence premises shown in the Declarations;

**17.** "Property damage" to property rented to, occupied or used by, or in the care, custody or control of, an "insured" to the extent that the "insured" is obligated by contract to provide insurance for such property. However, this Exclusion **(A.17.)** does not apply to "property damage" caused by fire, smoke or explosion;

**18.** "Bodily injury" to any person eligible to receive any benefits:

**a.** Voluntarily provided; or

**b.** Required to be provided;

by an "insured" under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**19.** "Bodily injury" or "property damage" for which an "insured" under this coverage form:

**a.** Is also an insured under a nuclear energy liability policy issued by the:

**(1)** Nuclear Energy Liability Insurance Association;

**(2)** Mutual Atomic Energy Liability Underwriters; or

**(3)** Nuclear Insurance Association of Canada;

or any of their successors; or

**b.** Would be an insured under that policy but for the exhaustion of its limit of liability;

**20.** "Bodily injury", "personal injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release, escape, seepage, trespass, wrongful entry, migration, ingestion, inhalation or absorption of "pollutants" from any source unless sudden and accidental;

**21.** "Bodily injury" or "personal injury" caused by an "occurrence" or offense involving the absorption, ingestion or inhalation of lead;

**22.** "Personal injury" or "property damage" caused by an "occurrence" or offense of lead contamination.

**23.** "Bodily injury", "personal injury" or "property damage" arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria.

**B.** Liability coverage does not apply to any assessment charged against you as a member of an association, corporation or community of property owners.

**C.** We do not provide:

**1.** Automobile no-fault or any similar coverage under this coverage form; or

**2.** Uninsured Motorists Coverage, Underinsured Motorists Coverage, or any similar coverage unless this coverage form is endorsed to provide such coverage.

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

**IV. Required Underlying Insurance Limits**

An "insured" must maintain liability coverage with at least the limits shown below during the term of this coverage if that person has any of the liability exposures listed.

Such exposures must be disclosed on the application or "you" must notify "us" within 30 days if they arise during a coverage term. If you obtain a newly acquired "auto", "recreational motor vehicle" or watercraft, "you" must notify "us" within 30 days.

If an "insured" fails to maintain this required "underlying insurance" "we" will not be liable under this coverage for more than "we" would have been liable if that "underlying insurance" was in effect.

## REQUIRED UNDERLYING INSURANCE LIMITS – UNDERLYING EXPOSURES

| Types of Liability Exposures | Minimum Required Underlying Limits |
|---|---|
| "Auto" except Motorcycle | $250,000 Per Person<br>$500,000 Per Occurrence<br>$100,000 Property Damage<br>or<br>$300,000 Per Occurrence (Single Limit Policy) |
| Motorcycles or Mopeds | $250,000 Per Person<br>$500,000 Per Occurrence<br>$50,000 Property Damage<br>or<br>$300,000 Per Occurrence (Single Limit Policy) |
| Personal Umbrella Coverage – Uninsured and Underinsured Motorists Coverage | $250,000 Per Person<br>$500,000 Per Occurrence<br>or<br>$300,000 Per Occurrence (Single Limit Policy) |
| Primary/Home Residence (i.e. Homeowners) | $100,000 Per Occurrence |
| Additional/Seasonal Residence (owner occupied) | $100,000 Per Occurrence |
| "Recreational Motor Vehicle" | $250,000 Per Person<br>$500,000 Per Occurrence<br>$50,000 Property Damage<br>or<br>$300,000 Per Occurrence (Single Limit Policy)<br>or<br>$300,000 Per Occurrence (if through Homeowners) |
| Watercraft | $300,000 Per Occurrence |
| Rental Dwelling (1 – 4 family) | $300,000 Per Occurrence |
| Incidental Office, Business Pursuits, In-Home Business/Home Day Care | $300,000 Per Occurrence |
| Incidental Farming/Horses | $300,000 Per Occurrence |

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

## V. Duties After Loss

In case of an "occurrence" or offense likely to involve this coverage, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this coverage form if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

A. Give written notice to us or our agent as soon as is practical. Such notice shall set forth:

1. The identity of the coverage form and named insured shown in the Declarations;
2. Reasonably available information about the time, place and circumstances of the "occurrence" or offense; and
3. The names and addresses of any claimants and witnesses.

B. If a claim is made or a suit is brought against an "insured", the "insured" must:

1. Notify us immediately in writing;
2. Cooperate with us in the investigation, settlement or defense of any claim or suit;
3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence" or offense;
4. At our request, help us:
   a. To make settlement;
   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
   c. With the conduct of suits and attend hearings and trials; and
   d. To secure and give evidence and obtain the attendance of witnesses.

C. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense to others.

## VI. General Provisions

### A. Appeals

If an "insured" or any insurer providing "underlying insurance" elects not to appeal a judgment which exceeds the "retained limit", we may do so at our own expense. We will pay all costs, taxes, expenses and interest related to our appeal. The amounts we pay will be in addition to our limit of liability.

### B. Bankruptcy Of An Insured

Bankruptcy or insolvency of an "insured" will neither:

1. Relieve us of our obligations under this coverage; nor
2. Operate to cause this coverage to become primary in the event the "insured" is unable to satisfy the "retained limit" either because of insufficient "underlying insurance" or insufficient personal assets.

### C. Bankruptcy Of An Underlying Insurer

In the event of bankruptcy or insolvency of any "underlying insurer", the insurance afforded by this coverage form shall not replace such "underlying insurance", but shall apply as if the "underlying insurance" was valid and collectible.

### D. Fraud

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any "occurrence" or offense for which coverage is sought under this coverage form.

With respect to "your" application for Umbrella coverage, this provision does not apply to fraudulent statements made in "your" application after this coverage has been in effect for at least one year.

### E. Liberalization Clause

If we make a change which broadens coverage under this edition of our coverage form without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the coverage period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this coverage form; or
2. An amendatory endorsement.

### F. Other Insurance

This coverage is excess over any other insurance available to an "insured", except insurance written specifically to be excess over this coverage.

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

**G. Our Right To Recover[illegible]yment**

If we make a payment under this coverage, we are entitled to exercise the "insured's" rights of recovery against any person liable for the loss. The "insured" must do nothing after loss to prejudice those rights.

**H. Coverage Period, Coverage Renewal And Coverage Territory**

The coverage period is stated in the Declarations. Coverage begins at 12:01 A.M. on the dates shown.

This coverage may be continued for successive periods by payment of the required premium on or before the effective date of each renewal period. If the premium is not paid when due, this coverage will expire at the end of the last coverage period for which premium was paid.

The premium for each coverage period will be based on "our" current manual rates and rules. If this coverage form or any attached endorsement is revised "we" may substitute or add forms or endorsement authorized for use with this coverage form.

This coverage applies to an "occurrence" which takes place anywhere in the world.

**I. Severability Of Insurance**

This insurance applies separately to each "insured". However, this provision will not increase our limit of liability for any one "occurrence" or offense.

**J. Suit Against Us**

1. No legal action can be brought against us:
   a. Unless there has been full compliance with all of the terms of this coverage form; and
   b. Until the obligation of the "insured" has been determined by final judgment or by agreement signed by us.
2. No person or organization has any right under this coverage to join us as a party to any legal action against an "insured".

**K. Termination**

**1. Cancellation By You**

You may cancel this coverage form by:

a. Returning it to us; or

b. Giving us advance written notice of the date cancellation is to take effect.

**2. Canc[illegible]tion By Us**

We may cancel this coverage form as stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

b. When this coverage has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

c. When this coverage has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel by letting you know at least 30 days before the date cancellation takes effect.

**3. Nonrenewal**

We may elect not to renew this coverage. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this coverage. Proof of mailing will be sufficient proof of notice.

**4. Other Termination Provisions**

a. When this coverage is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

b. If the return premium is not refunded with the notice of cancellation or when this coverage form is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**L. Transfer Of Your Interest In This Coverage Form**

1. Your rights and duties under this coverage may not be assigned without our written consent. However, if you die, coverage will be provided for:
   a. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations;

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

    b. Any member of your household who is an "insured" at the time of your death, but only while a resident of the residence premises; or

c. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use your "autos" or the residence premises shown in the Declarations.

2. Coverage will only be provided until the end of the coverage period.

**M. Change Of Coverage Form Provisions Or Premiums**

This coverage form contains all the agreements between "you" and "us". Its terms may not be changed except by endorsement issued by "us". If there is a change to the information used to develop your coverage premium, we may adjust your premium. Changes include but are not limited to:

1. The number or types of underlying exposures; or
2. The Umbrella Coverage limit; or
3. The required underlying Insurance limits.

If a change requires a premium revision, "we" will make the premium revision in accordance with our manual rules. If a change is made to any required "underlying limits" all coverage limits related to the revision will be adjusted to maintain compliance with the required underlying insurance condition.

**N. Cooperation**

"You" must cooperate with "us" in performing all acts required by this coverage form.

**O. Conformity To Statute**

If any part of this coverage form or its attached endorsements is in conflict with a statute in "your" state, "we" agree to alter that part of "our" coverage form to comply with the statute. However, all other parts of this coverage form will remain in force and unaltered.

**P. Notice To Agent**

"Your" notice to "our" agent will be deemed notice to "us".

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2006

THIS ENDORSEMENT CHANGES THE PERSONAL LIABILITY UMBRELLA COVERAGE.
PLEASE READ IT CAREFULLY.

# HOME AND HIGHWAY®
## UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

In consideration of an additional premium charge, "we" will cover any claim (excluding punitive or exemplary damages) which may be made under "underlying insurance" provided by West Bend Mutual Insurance Company or shown in the Declarations for Uninsured Motorists Coverage or Underinsured Motorists Coverage.

However, this coverage does not apply to recreational vehicles or watercraft.

The limit of liability for this coverage is shown on the Umbrella section of your Declarations.

All other provisions of the Personal Liability Umbrella Coverage Form apply.

# HOME AND HIGHWAY®

## COORDINATION OF DEDUCTIBLE CLAUSE

If a covered physical loss occurs to covered property which is insured by one or more coverage forms under the Home and Highway policy each with its own deductible, only the highest deductible applicable to the loss will be applied.

# HOME AND HIGHWAY®

## CONSUMER REPORT DISCLOSURE NOTICE

This notice is to inform you that your insurance premium is determined, in part, by information obtained from consumer reports which includes a credit report.

***You have the right to obtain a free copy of the credit report to review it for accuracy. Refer to the section "How Do I Get a Copy of a Consumer Report" in this notice.***

Information in this credit report was used to develop an insurance score and this score is used, in part, to determine your policy premium. The main credit file reasons affecting your insurance score are shown at the end of this notice under the *"How Do I Get a Copy of a Consumer Report"* section.

If you want to know more about how West Bend Mutual Insurance Company uses credit information, visit our website at ***www.thesilverlining.com,*** select Customer Resources followed by Insurance Tips then Home/Personal Auto and select Credit Based Insurance Scores from the list.

You are receiving this notice because we are required by Federal law to inform our policyholders when they are not receiving the lowest premium rate that we have available based on information obtained from consumer reports.

The following consumer report is also used, in part, to determine your insurance premium:

**Motor Vehicle Records** for all the drivers listed on your policy. These records list violation activity, and in some states accident activity, related to operating an automobile. It may also list other citations not related to the operation of an automobile.

If you or any other driver on your policy has at-fault accident or violation activity which resulted from operating a motor vehicle and this activity is within the last five years of your policy's most current renewal date, you are not receiving our lowest premium rate and you are entitled to a free copy of this report to review it for accuracy.

To determine if you are entitled to get free copy of a motor vehicle report for a driver listed on your policy, refer to the Driver Section found in the automobile portion of your policy declarations which shows accident and moving violation information on file for each driver.

## HOW DO I GET A COPY OF A CONSUMER REPORT?

To obtain a copy of a Credit Report or Motor Vehicle Record, you must contact the consumer reporting agency shown below within 60 days of your receipt of this notice.

LexisNexis Consumer Center
PO Box 105108
Atlanta, GA 30348-5108
1-800-456-6004
www.ConsumerDisclosure.com

Please be aware that the consumer reporting agency did not make any decisions regarding your insurance policy or the premium charged. Therefore, the consumer reporting agency is not able to give you any specific reasons as to how the consumer report information impacts the premium you pay for your insurance coverage.

You have the right to dispute incorrect information on your consumer reports by contacting the consumer reporting agency. Once you have notified them of your dispute, the agency must investigate and record the current status of the disputed information within a reasonable period of time. If after investigation, the disputed information is found to be in error, such information must be promptly deleted from your records.

For disputes involving a credit report, if the investigation does not resolve your dispute, you may file a brief statement describing the nature of the dispute. Your filed statement will then be included or summarized in any subsequent consumer reports containing the disputed information.

For complete information on the Federal Consumer Credit Protection Law, please refer to the Code of Laws of the United States of America, Title 15, Chapter 41, Sub chapter III. A summary of your rights under the Fair Credit Reporting Act is included in this notice.

Credit Report Reference Number:

Main credit file reason(s) affecting the :

1.

2.

3.

4.

5.

6.

7.

8.

## A Summary of Your Rig' ` Under the Fair Credit Reporting :t

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

1. **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
2. **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
   a. a person has taken adverse action against you because of information in your credit report;
   b. you are the victim of identify theft and place a fraud alert in your file;
   c. your file contains inaccurate information as a result of fraud;
   d. you are on public assistance;
   e. you are unemployed but expect to apply for employment within 60 days.

   In addition, all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.

   See www.consumerfinance.gov/learnmore for additional information.
3. **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender. Credit scores are different from insurance scores. An insurance score is a numerical summary that measures the probability of future claims activity and may be used in the underwriting and/or rating of an insurance policy.
4. **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
5. **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
6. **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
7. **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
8. **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
9. **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
10. **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

11. **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/' 'nmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br>b. Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

# WEST BEND PRIVACY STATEMENT

At West Bend your Privacy is Important to us!

West Bend is committed to providing you, our Customer, with the finest insurance products backed by legendary service. While information is fundamental to our ability to serve our Customers, we recognize the importance of maintaining the privacy of your personal information.

Therefore, the following are principles that West Bend has established for the gathering and sharing of consumer information:

- We do not and will not sell your personal information to anyone.
- We maintain physical, electronic, and procedural safeguards that comply with applicable privacy regulations in order to protect your non-public personal information.
- We collect and use Customer information only to the extent required to conduct our business and to meet the highest quality service standards.
- We require any organization that helps us serve our Customers to meet our privacy standards.
- We exchange Customer information with non-affiliated entities only to the extent required or permitted by law, for underwriting, administrative, or risk management purposes, verification, and to detect and prevent fraud.

## GATHERING OF INFORMATION

We obtain information about you, our Customer, from your applications, transactions, and other interactions with us, as well as credit reporting agencies and other third parties. We obtain and use this information only in accordance with applicable law or in response to your request for a contract with us. The information we gather helps us identify who you are, manage our relationship with you, and develop insurance products and services that meet your needs.

## SHARING OF INFORMATION

We are dedicated to serving our Customers' needs for privacy. We do NOT share our Customer's non-public personal information with non-affiliated companies except as permitted or required by law. We restrict access to your nonpublic personal information to our employees and agents who need to know that information to provide products or services to you. We will not reveal our Customer information to any external organization unless we have previously informed our Customer in this or other disclosures or agreements, have been authorized by our Customer, or are otherwise required by law to do so.

We will not use or share with non-affiliated companies personally identifiable medical information for any purpose other than the underwriting or administration of our Customer's policy or claim, or as disclosed to our Customer when the information is collected, or to which our Customer consents.

## MONITORING OF PRIVACY PRACTICES

We will monitor our practices to insure that our Customers' privacy is respected. We will also conduct our business in a manner that meets the privacy regulations of any state in which we do business.

# HOME AND HIGHWAY®

# PAYMENT PLAN OPTIONS

West Bend offers the following payment plan options:

1. **Electronic Funds Transfer –** Twelve equal installments deducted from your checking or savings account automatically. A transaction fee of $1.00 per installment applies.
2. **Annual –** One full payment is made at the policy inception or at the policy renewal.
3. **Semiannual –** Half (50%) of the policy premium is paid at the policy inception or at the policy renewal and the remaining half (50%) of the policy premium is due six months later. A service fee of $7.00 per payment applies.
4. **Quarterly –** Four payments of one quarter (25%) of the policy premium are paid. The first one quarter (25%) payment is paid at the policy inception or at the policy renewal and the remaining one quarter (25%) payments are paid in 3 month intervals thereafter. A service fee of $7.00 per payment applies.

**PLEASE NOTE**

If a payment is returned from the financial institution, an extra fee of $25.00 will be required before reinstatement.

If you send in your payment for one of these plans other than the payment plan you were billed for, please include a memo along with your payment stating what payment plan is desired.

If you have any questions about these payment plan options or want to make a change to your current billing plan, you may contact your agent or West Bend's Accounting Department.

# HOME AND HIGHWAY

## MEMBERSHIP AND VOTING RIGHTS NOTICE

MUTUALS – MEMBERSHIP AND VOTING NOTICE: The named insured is notified that by virtue of this policy, the named insured is a member of the West Bend Mutual Insurance Company of West Bend, Wisconsin and is entitled to vote either in person or by proxy at any and all meetings of said company. The annual meetings are held in its Home Office, on the second Tuesday of March commencing in 2007 and each year thereafter, at 10:00 a.m.

MUTUALS – PARTICIPATION CLAUSE WITH CONTINGENT LIABILITY: No Contingent Liability: This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

Christopher C. Zwygart
Secretary

Kevin A. Steiner
President and CEO

# HOME AND HIGHWAY®

# IOWA IMPORTANT NOTICE
# "EXTRAORDINARY LIFE CIRCUMSTANCES"

West Bend uses an insurance score derived from your credit file to underwrite and rate your Home and Highway policy.

If you believe that an "extraordinary life circumstance" has occurred that may have unfavorably impacted your credit history, and subsequently your "insurance score", you may ask for underwriting or rating consideration in light of this event. To do this you must submit a written request for consideration, including full documentation of the event, to us within sixty days of policy issuance or renewal.

The following are defined to be "extraordinary life circumstances":

1. A catastrophic event, as declared by the federal or state government.
2. A serious illness or injury, or serious injury illness or injury to an immediate family member.
3. The death of a spouse, child or parent.
4. A divorce or involuntary interruption of legally owed alimony or support payments.
5. An incident of identity theft.
6. Temporary loss of employment for a period of three months or more, if such loss results from the involuntary termination of employment.
7. Military deployment overseas.

We may request additional information from you to support your claim. Within thirty days of our receipt of your request we will advise you as to the outcome of our review.

Iowa law permits us to reject any request for an exception.

If you opt to submit a written request, please use the following address, including your full name and policy number:

West Bend Mutual Insurance Company
Attn: Iowa Personal Lines Underwriting Dept.
1900 S. 18th Avenue
West Bend, WI 53095

# HOME AND HIGHWAY
# CLAIM FREE AWARD

**CLAIM FREE AWARD**

This Home & Highway policy has a Claim Free Award feature.

Here is how it works:
Every policy year that "your" Home & Highway policy is claim free, you will receive a Claim Free Award equal to five (5) percent of the earned premium from the preceding coverage period.

The Claim Free Award will be issued in the form of a check approximately sixty days following the renewal of "your" policy.  If "your" policy is cancelled and "you" qualified for a Claim Free Award, "you" will still receive a Claim Free Award check.

All other Coverage Form provisions of this policy apply.

HOME AND HIGHWAY

# IMPORTANT NOTICE OF VALUATION METHODS USED IN ACTUAL CASH VALUE (ACV) SETTLEMENTS

Your policy with West Bend may provide for property settlements based upon Actual Cash Value (ACV). If your policy provides for property settlements on an Actual Cash Value (ACV) basis, West Bend will consider

1. The market value of the property at the time of loss;
2. Replacement cost at the time of the loss less depreciation; and
3. Any other relevant evidence or information to determine Actual Cash Value